# United States Bankruptcy Court
### District of Oregon

| In re | **Fizz & Bubble, LLC** | | Case No. | |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fizz & Bubble, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 4, 2019** | **/s/ Douglas R. Ricks** |
| Date | **Douglas R. Ricks** |
| | Signature of Attorney or Litigant |
| | Counsel for **Fizz & Bubble, LLC** |
| | **Vanden Bos & Chapman, LLP** |
| | **319 SW Washington** |
| | **Suite 520** |
| | **Portland, OR 97204** |
| | **503-241-4869** |
| | **doug@vbcattorneys.com** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy