Douglas R. Ricks, OSB 044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

    Of Attorneys for Debtor-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34092-tmb11 |
|---|---|
| Fizz & Bubble, LLC | DEBTOR-IN-POSSESSION'S MOTION TO DETERMINE ADEQUATE |
| Debtor-in-Possession. | ASSURANCE TO UTILITY COMPANIES |

**NOTICE**

If you oppose the proposed course of action or relief sought in this Application, you must file a written objection with the bankruptcy court no later than fourteen (14) days after the date listed in the certificate of service below. If you do not file an objection, the Court may grant the Application without further notice or hearing. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at 1050 SW 6th Avenue #700, Portland, OR 97204, by the deadline specified above or it may not be considered. You must also serve the objection on Debtor, c/o Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington Street, Suite 520, (503) 241-4869, within that same time. If the Court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information.

Page 1 of 5    DEBTOR-IN-POSSESSION'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 8    Filed 11/05/19

Debtor-in-Possession, Fizz & Bubble, LLC ("Debtor"), hereby moves this Court for an order determining adequate assurance to utility companies, and in support thereof states as follows:

1. On November 4, 2019 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. Debtor has continued in possession of Debtor's property and is continuing to operate and manage Debtor's business pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) and the standing order of reference of the District Court. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

4. Debtor has attached hereto its **Proposed** Order Determining Adequate Assurance to Utility Companies ("Proposed Order") marked as **Exhibit A** for treatment of the utility companies set forth on **Exhibit 1** ("**Exhibit 1**") attached to Debtor's Proposed Order.

5. In connection with the operation of Debtor's business, Debtor obtains electric, gas, water, and similar services (collectively the "Utility Services") from several utility companies (the "Utility Companies"). **Exhibit 1** is a list of substantially all of the Utility Companies that provide Utility Services to the Debtor as of the Petition Date. The relief requested herein is requested with respect to all Utility Companies providing Utility Services to Debtor and is not limited only to those entities listed on **Exhibit 1**.

6. Pursuant to 11 U.S.C. § 366(c)(2), a Utility Company may alter, refuse, or discontinue utility service to a debtor if within 30 days after the Petition Date the debtor does

Page 2 of 5   DEBTOR-IN-POSSESSION'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 8    Filed 11/05/19

not provide adequate assurance of payment for post-petition Utility Services in a form that is satisfactory to the Utility Company.  Debtor seeks an order determining the appropriate form of adequate assurance of future performance and thereby prohibiting any Utility Company from altering, refusing, or discontinuing Utility Services absent further court order.

7. Debtor proposes to provide adequate assurance of payment in the form of a one-month deposit by Debtor to the Utility Companies which request such a deposit, in the initial amounts set forth in **Exhibit 1**.

8. The one-month deposits made upon request of each Utility Company shall be deemed to be adequate assurance of payment for purposes of 11 U.S.C. § 366 without prejudice to the Utility Companies' right to seek additional or alternative assurance of payment upon further request of this Court.  Debtor requests that any Utility Company seeking additional or alternative forms of adequate assurance be prohibited from altering, refusing, or discontinuing Utility Services pending further order of this Court.

9. If Utility Companies are permitted to terminate Utility Services without notice to Debtor or an opportunity for hearing, Debtor's business could be severely impacted resulting in significant losses.  The impact on Debtor's business operations, revenue and restructuring efforts could be devastating.  Accordingly, it is important that the Utility Services remain uninterrupted.

10. In determining adequate assurance, the Court is not required to give the Utility Companies the equivalent of a guarantee of payment but must only determine that the utility is not subject to an unreasonable risk of nonpayment for post-petition services. See *In re Caldor, Inc. - NY*, 199 B.R. 1 (SDNY 1996); *In re Santa Clara Circuits West, Inc.*, 27 BR

Page 3 of 5    DEBTOR-IN-POSSESSION'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 8    Filed 11/05/19

680, 685 (Bankr. D. Utah 1982); *In re George C. Frye Co.,* 7 BR 856, 858 (Bankr. D. Me 1980).

  11. The adequate assurance proposed herein consisting of a cash deposit upon request equal to one month of service for each identified utility will provide satisfactory assurance of payment. Furthermore, requiring a court order prior to the alteration, refusal, or discontinuance of Utility Services by any Utility Company will protect Debtor's business operations from being disrupted in the event a Utility Company unilaterally determines that the proposed adequate assurance of payment is not appropriate.

  12. Debtor's proposed assurance of payment is in the best interest of Debtor and Debtor's creditors and will enable Debtor to continue to operate Debtor's business in the ordinary course.

  13. Debtor has provided notice of this motion to the United States Trustee, to Debtor's secured creditors, to holders of the 20 largest unsecured claims, any party requesting special notice and, to the Utility Companies identified on **Exhibit 1** attached hereto. No unsecured creditors' committee has yet been appointed in this case. No further notice is necessary.

  WHEREFORE, Debtor prays that this Court enter the Proposed Order determining that the payment of a deposit equal to one-month's average services upon request by a Utility Company in the amounts set forth in **Exhibit 1** constitutes adequate assurance of payment in accordance with 11 USC §366 unless and until further order of this Court and prohibiting any Utility Company from altering, refusing, or discontinuing Utility Services

Page 4 of 5 DEBTOR-IN-POSSESSION'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11 Doc 8 Filed 11/05/19

without further order of this Court or granting such other form of adequate assurance as the court may deem necessary or appropriate.

Dated: November 4, 2019     VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB 044026
   Of Attorneys for Debtor-in-Possession

Page 5 of 5     DEBTOR-IN-POSSESSION'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 8    Filed 11/05/19

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34092-tmb11 |
|---|---|
| Fizz & Bubble, LLC | **PROPOSED** ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES |
| Debtor-in-Possession. | |

THIS MATTER having come before the Court upon Debtor-in-Possession, Fizz & Bubble, LLC's ("Debtor"), Motion for Order Determining Adequate Assurance to Utility Companies filed by the Debtor and the matter having come before the Court for hearing and the Court being duly advised in the premises and finding good cause therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED for each Utility Company that requests a deposit, payment of a deposit equal to one-month's average services to each Utility Company, as set forth in **Exhibit 1** attached hereto constitutes adequate assurance of payment in accordance with 11 USC §366 unless and until further order of this Court and all utility companies are hereby prohibited from altering, refusing, or discontinuing utility service without further order of this Court. Provided, however, that this order is without prejudice to

Page 1 of 2   **PROPOSED** ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

**EXHIBIT 2**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11   Doc 8   Filed 11/05/19

any utility company's right to seek additional or alternative assurance of payment upon further request of this Court.

###

**PRESENTED BY:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

**LBR 9021-1 CERTIFICATION**

I certify that I have complied with the requirement of LBR 9021-1(a); Order circulated as Proposed Order to Motion.

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2    PROPOSED ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

EXHIBIT 2

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 8    Filed 11/05/19

FIZZ BUBBLE, LLC
UTILITY COMPANIES

| Name of Utility Company | Mailing Address | City, State Zip | Account # | Type of Service Provided | Total amount paid during last 12 months | Deposit Amount* |
|---|---|---|---|---|---|---|
| PGE - Wilsonville | 121 SW Salmon Street | Portland, OR 97204 | 1716821000 | Electricity | $ 6,228.05 | $ 519.00 |
| PGE - 2nd Meter - Wilsonville | 121 SW Salmon Street | Portland, OR 97204 | 8916965045 | Electricity | $ 14,400.00 | $ 1,200.00 |
| PGE Molalla | 121 SW Salmon Street | Portland, OR 97204 | 7850352723 | Electricity | $ 4,348.37 | $ 362.36 |
| Republic Wilsonville | PO Box 78829 | Phoenix, AZ 85062-8829 | 3-0455-0027834 | Garbage 20 Cy Yard | $ 18,069.98 | $ 1,505.83 |
| Republic Wilsonville | PO Box 78829 | Phoenix, AZ 85062-8829 | 3-0455-1119650 | Recycle Container | $ 1,848.60 | $ 154.05 |
| Molalla Sanitary Service | PO Box 1808 | Oregon City, OR 97045-0808 | 71059000 | Garbage | $ 807.53 | $ 67.29 |
| Comcast | PO Box 37601 | Philadelphia, PA 19101-0601 | 962984879 | Voice Edge - Phones | $ 12,529.91 | $ 1,044.16 |
| Comcast | PO Box 37601 | Philadelphia, PA 19101-0601 | 935485970 | Internet/Ethernet | $ 12,280.72 | $ 1,023.39 |
| NW Natural Gas | PO Box 6017 | Portland, OR 97228 | 3486182-3 | Gas - Wilsonville office | $ 2,237.15 | $ 186.43 |
| Direct Link (Molalla) | PO Box 880 | Canby, OR 97013 | 5985500 | Internet @ the FC | $ 678.37 | $ 56.53 |

*Deposit amount equals average monthly useage over last 12 months.

**EXHIBIT 1**

Page 1 of 1

Case 19-34092-tmb11    Doc 8    Filed 11/05/19

In re Fizz & Bubble, LLC
Bankruptcy Case No. 19-34092-tmb11

CERTIFICATE - TRUE COPY

DATE:   November 5, 2019

DOCUMENT:   DEBTOR-IN-POSSESSION'S MOTION TO DETERMINE ADEQUATE ASSURANCE TO UTILITY COMPANIES; and PROPOSED ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

    I hereby certify that I prepared the foregoing copies of the foregoing named documents and have carefully compared the same with the originals thereof and they are correct copies therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing copies of the above-named documents to each of the above in a sealed envelope addressed to the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the above date, postage prepaid.

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: November 5, 2019    VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

Page 1 – CERTIFICATE OF SERVICE

In re Fizz & Bubble, LLC;
Ch 11 Bankruptcy Case No. 19-34092-tmb11

**20 LARGEST UNSECURED CREDITORS**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Ernest Packaging Solutions
9255 NE Alderwood Rd
Portland, OR 97220

Express Services
PO Box 4427
Portland, OR 97208

Harsch Investment Property
1620 SW Taylor, Suite 300
Portland, OR 97205

IDL Worldwide
PO Box 536642
Pittsburg, PA 15253

IPT
PO Box 206918
Dallas, TX 75320

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

LTK LLC
5648 Evans Valley
Loop Road NE
Silverton, OR 97381

Now CFO
5251 S Green Street, Suite 350
Murray, UT 84123

OMEP
7650 SW Beveland St, Ste 170
Portland, OR 97223

Oswego Financial Services
0932 SW Palatine Hill Road
Portland, OR 97219

Premier Press
5000 N Basin Ave
Portland, OR 97217

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

RPG
119 West 57th Street
New York, NY 10019

Tricor Brands
7931 NE Halsey St, #101
Portland, OR 97213

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

**SECURED CREDITORS:**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP LLC
125 Pearl St
New York, NY 10038

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Capital Funding ASAP, LLC
c/o Isaac Greenfield, Esq.
26 Broadway, Suite 375
New York, NY 10004

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Decathlon Alpha III, LP
Attn: John Borchers
1441 West Ute Blvd, Suite 240
Park City, UT 84098

Decathlon Alpha III, LP
c/o The Corporation Trust
Company, RA
780 Commercial St SE Ste 100
Salem, OR 97301

Decathlon Alpha III, LP
c/o The Corporation Trust
Company, RA
Corp Trust Ctr - 1209 Orange St
Wilmington, DE 19801

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

Queen Funding, LLC
c/o Joe Liberman, Esq.
101 Chase Ave, Ste 208
Lakewood, NJ 08701

Unique Funding Solutions, LLC
Attn: Jordan Jenson
2715 Coney Island Ave
Brooklyn, NY 11235

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

WG Fund, LLC
Attn: Jordan Jenson
1980 Swarthmore Ave
Lakewood, NJ 08701

**UTILITY COMPANIES:**

PGE - Wilsonville
121 SW Salmon Street
Portland, OR 97204

PGE - 2nd Meter - Wilsonville
121 SW Salmon Street
Portland, OR 97204

In re Fizz & Bubble, LLC;
Ch 11 Bankruptcy Case No. 19-34092-tmb11

PGE Molalla
121 SW Salmon Street
Portland, OR  97204

PGE
c/o Stephen A. Redshaw,
Registered Agent
121 SW Salmon St.
Portland, OR  97204

Republic Services of Clackamas
    and Washington Counties
PO Box 78829
Phoenix, AZ  85062-8829

Republic Services of Clackamas
    and Washington Counties
PO Box 78829
Phoenix, AZ  85062-8829

Keller Drop Box, Inc.,
dba Republic Services
c/o C T Corp Systems,
Registered Agent
780 Commercial St SE Ste 100
Salem, OR  97301

Molalla Sanitary Service, Inc.
PO Box 1808
Oregon City, OR  97045-0808

Molalla Sanitary Service, Inc.
c/o Charles J. Huber,
Registered Agent
900 SW 5th Ave, 24th Flr
Portland, OR  97204

Comcast
PO Box 37601
Philadelphia, PA  19101-0601

Comcast
PO Box 37601
Philadelphia, PA  19101-0601

Comcast Business    Communications, LLC
c/o C T Corp Systems,
Registered Agent
780 Commercial St SE Ste 100
Salem, OR  97301

NW Natural Gas
PO Box 6017
Portland, OR 97228

Northwest Natural Gas Company
c/o Mardilyn Saathof,
Registered Agent
220 NW 2nd Ave.
Portland, OR  97209

DirectLink (Molalla)
PO Box 880
Canby, OR  97013

DirectLink of Oregon
c/o Canby Telephone
Association,
Authorized Registrant
PO Box 880
Canby, OR  97013

Canby Telephone Association,
    dba DirectLink of Oregon
c/o  Paul Hauer,
Registered Agent
190 SE 2nd Ave.
Canby, OR  97013