Douglas R. Ricks, OSB 044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Debtor-in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34092-tmb11 |
|---|---|
| Fizz & Bubble, LLC | MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS |
| Debtor-in-Possession. | **Expedited Hearing Requested** |

**NOTICE**

This Motion is an Ex Parte First Day Motion in a Chapter 11. If you oppose the proposed course of action or relief sought in this Application. If the court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relevant information. The notice of hearing will also provide you with the deadline to file a written objection with the Clerk of the Bankruptcy Court at 1050 SW 6th Avenue #700, Portland, OR 97204 and advise that you must also serve the objection on Debtor-in-Possession, Fizz & Bubble, LLC, c/o Douglas R. Ricks, Vanden Bos & Chapman, LLP, 319 SW Washington Street, Suite 520, (503) 241-4869 at the same time.

Page 1 of 6  MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS
**Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

## MOTION

The Debtor-in-Possession, Fizz & Bubble, LLC ("Debtor"), requests entry of an order in the form attached hereto as **Exhibit A** authorizing the Debtor to pay prepetition payroll, payroll taxes, employee health insurance premiums and workers' compensation insurance premiums (the "Payroll Obligations") associated with its current payroll (for the period October 21, 2019 through November 2, 2019) on the next regularly scheduled payday (November 8, 2019), and in support, represents and states:

1. On November 4, 2019, the Debtor commenced a reorganization case by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. Pursuant to Sections 1107 and 1108 of the Code, the Debtor is continuing in possession of its property and is operating and managing its business as a Debtor-in-Possession.

3. Debtor seeks authority to pay any prepetition wages, commissions, other compensation, vacation and paid leave, federal and state withholding taxes, payroll taxes, and all other employee benefits that the Debtor pays in the ordinary course of business. Debtor also seeks authority to honor prepetition checks for wages, commissions, payroll taxes, employee health insurance premiums and workers' compensation insurance premiums which may not have cleared the bank by the Petition date.

4. In the case of Payroll Obligations, Debtor requests authority to pay these amounts on the next regularly scheduled payday, which is November 8, 2019. The amount of Payroll Obligations which Debtor seeks authority to pay will be detailed in **Exhibit 1** attached to the Proposed Order (if not attached, **Exhibit 1** will be available at the time of the

Page 2 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS
**Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

hearing). The amounts that Debtor requests authority to pay is limited to the priority amount of 11 USC § 507(a), and is limited to the current pay period (October 21, 2019 through November 2, 2019). With respect to other compensation, vacation and paid leave and all other employee benefits, Debtor requests authority to pay these amounts in the ordinary course of business. The amounts that Debtor requests authority to pay is limited to the priority amount of 11 USC § 507(a) and is limited to the period October 21, 2019 through November 2, 2019.

5. Pursuant to Code Sections 507(a)(4), 507(a)(5), and 105, and the judicially recognized "necessity of payment doctrine," Debtor requests authority to pay any prepetition wages, commissions, other compensation, vacation and paid leave, federal and state withholding taxes, payroll taxes, contributions to employee-benefit plans, and all other employee benefits that the Debtor pays in the ordinary course of business.

6. The gross amount due for the pay period for Payroll Obligations for the November 8, 2019 payday is $73,584.06. The total amount of Debtor's request, including paid time off, is $76,127.56. Debtor's request includes management payroll earned during the pay period due Kim Rudolph, Matthew Wilson, Kimberly Mitchell, and Craig Barnes.

## ARGUMENT

As the Court stated in *In re Ionosphere Clubs, Inc.*, 98 B.R. 174 (Bankr. S.D.N.Y. 1989), "the paramount policy and goal of Chapter 11, to which all other bankruptcy policies are subordinated, is the rehabilitation of the Debtor. This policy was clearly articulated by the United States Supreme Court in *NLRB v. Bildisco and Bildisco*, 465 U.S. 513, 104 S.Ct. 1188, 79 L.Ed. 2d 482 (1984) when the Court stated, 'the fundamental purpose of reorganization is to prevent the debtor from going into liquidation, with an attendant loss of

Page 3 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS
**Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

jobs and possible misuse of economic resources.'" *In re Ionosphere* at 176-177 (citations omitted). The *Ionosphere* Court went on to note that "Section 105 may indeed empower the Bankruptcy Courts to authorize the immediate payment of prepetition claims when essential to the survival of a debtor." Id. at 177; see also *In re Baldwin United Corp.*, 765 F.2d 343, 348 (2d Cir. 1985).

Like the Court in *Ionosphere*, the Bankruptcy Court in *In re Chateaugay Corp.*, 80 B.R. 279 (S.D.N.Y. 1987), authorized the Debtor to pay certain prepetition wages, salaries, reimbursement expenses and employment benefits, as well as certain workers compensation obligations, which claims totaled in excess of $250 million. A group of similarly situated creditors (who the debtor did not seek authorization to pay) attacked the Court's order on grounds that such selective payments violated Section 507 of the Code. On appeal, the District Court rejected this argument and explained:

> "A rigid application of the priorities of §507 would be inconsistent with the fundamental purpose of reorganization and of the Act's grant of equity powers to bankruptcy courts, which is to create a flexible mechanism that will permit the greatest likelihood of survival of the debtor and payment of creditors in full or at least proportionately."

The District Court thus upheld the Bankruptcy Court's order, which had concluded that if sound business judgment exists to pay certain prepetition claims, and the payments serve to preserve and maximize the value of the debtor's estate, the Court should authorize the payments. Id. at 282.

In *In re Gulf Air, Inc.*, 112 B.R. 152 (Bankr. W.D. La. 1989), the Court applied the "necessity of payment" doctrine and authorized the debtor to pay certain prepetition employee claims. In *Gulf Air*, the debtor (a charter air carrier) sought authority to pay all prepetition amounts owed to salaried and hourly employees, and flight crew members,

Page 4 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS
**Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

including their prepetition expenses. Furthermore, the debtor sought authority to pay prepetition health and life insurance premiums for employees and their dependents, in addition to workers' compensation.

The debtor in that case asserted that the success of the reorganization was dependent upon continued employment of its skilled employees. Without immediate payment to the employees, the employees would cease working, thereby leaving the debtor incapable of operating. The Court determined that the immediate payment of the employee claims was in the best interest of the debtor and its estate and authorized the debtor to pay the prepetition employee claims.

Debtor represents a similar scenario. Debtor operates manufacturing and distribution company in Clackamas County, Oregon. Debtor provides bath products, soaps, lotions, and body swabs to the public and other products to the public. If Debtor is unable to pay its employees, the employees will suffer hardship and likely cease working. Much of Debtor's revenues are a result of its contracts to sell its products, which are made possible by the manufacturing of bath and shower products by Debtor's employees, to large wholesale buyers and the general public. If Debtor fails to continue work at its operation site, Debtor will not be able to fulfill customer orders, will cease receiving payments under Debtor's contracts, and runs the risk that contracts may be terminated for cause. The loss of the revenue stream from those sources would inhibit a successful reorganization and devalue the estate significantly.

Debtor maintains a significant amount of perishable inventory in the form of new materials for its products. Without workers to manufacture and care for the inventory, the inventory could sustain a precipitous drop in value, and much of it would in a short time

Page 5 of 6   MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS
**Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

become worthless.  This would also have a detrimental effect on the value of the estate, and on the chances of a successful reorganization.

Allowing Debtor to pay its employees' prepetition claims is necessary to both preserve the value of the estate and to put Debtor in a position in which its can successfully reorganize.

WHEREFORE, Debtor respectfully requests that this Court enter the Proposed Order (**Exhibit A**) allowing Debtor to pay the Payroll Obligations and other payroll related items referred to herein.

DATED: November 6, 2019    VANDEN BOS & CHAPMAN, LLP


By:/s/Douglas R. Ricks
   Douglas R. Ricks, OSB 044026
   Of Attorneys for Debtor-in-Possession

Page 6 of 6    MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS
**Expedited Hearing Requested**

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34092-tmb11 |
|---|---|
| Fizz & Bubble, LLC | **PROPOSED** ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES |
| Debtor-in-Possession. | |

Based on the Debtor-in-Possession's Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers' Compensation Premiums (Docket No.___) ("Motion"), and the Court finding good cause exists for granting the Motion,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The Debtor-in-Possession, Fizz & Bubble, LLC ("Debtor"), is authorized to pay its employees their full paychecks for the pay period from October 21, 2019 through and including November 2, 2019, that are due on November 8, 2019 payday. In no event shall

PROPOSED ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

the Debtor be authorized to pay an employee an amount greater than the limit set forth in 11 U.S.C. § 507(a)(4) on account of prepetition wages or commissions. Attached as **Exhibit 1** is a summary of the payroll obligations (including accrued sick and vacation pay earned within 180 days of the Petition Date), both pre-petition and post-petition, for all employees of the Debtor during the current pay period. None of the amounts listed in the column entitled "Total Priority Amount" exceed the statutory maximum in 11 U.S.C. § 507(a)(4).

3. That Debtor is authorized to pay other compensation, employee benefits due to its employees pre-petition, including allowing employees to take paid vacation time and/or sick leave in the ordinary course of business; provided, however, that such authority is limited to the priority amount of 11 U.S.C. § 507(a)(4)-(5) and is limited to benefits accrued during the 180-day period preceding the Petition Date.

4. Debtor is authorized to pay employer tax obligations, Employee Health Insurance Premiums, and Workers' Compensation Premiums incurred pre-petition for the payroll periods ending on November 2, 2019.

###

**PRESENTED BY**:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

**LBR 9021-1 CERTIFICATION**

I certify that I have complied with the requirement of LBR 9021-1(a); Order circulated as Proposed Order to Motion.

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2

EX A – Pg 1 of 2

PROPOSED ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

Exhibit 1 page 1 of 1

FIZZ & BUBBLE, LLC
CASE NO. 19-34092-tmb11

| | Employee | Hrly Rate | OT Rate | Gross | INS | Federal | SS | Medicare | OR State Tax | Worker Ben | OR Transit | Net Pay | Vacation | Sick | Total Request by Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UB | 13.25 | 19.87 | $1,168.29 | | $22.98 | $72.43 | $16.95 | $52.00 | $1.03 | $1.17 | $1,001.73 | $0.00 | $7.00 | $1,175.29 |
| 2 | CCC | 13.25 | 19.87 | $1,164.32 | $85.96 | $62.45 | $66.86 | $15.64 | $64.00 | $1.02 | $1.08 | $867.31 | $0.00 | $17.00 | $1,181.32 |
| 3 | RC | 16.00 | 24.00 | $900.80 | | $0.00 | $55.85 | $13.06 | $22.00 | $0.68 | $0.90 | $808.31 | $20.55 | $11.00 | $932.35 |
| 4 | MF | 16.50 | 24.75 | $1,344.75 | | $91.99 | $83.38 | $19.50 | $86.00 | $1.02 | $1.34 | $1,061.57 | $70.00 | $14.00 | $1,428.75 |
| 5 | MH | 24.00 | 36.00 | $2,088.00 | $85.96 | $249.01 | $124.12 | $29.03 | $132.00 | $0.97 | $2.00 | $1,464.87 | $56.75 | $38.00 | $2,182.75 |
| 6 | AH | 13.25 | 19.87 | $1,174.25 | | $36.77 | $72.80 | $17.03 | $53.00 | $1.03 | $1.17 | $1,005.64 | $55.00 | $7.00 | $1,236.25 |
| 7 | GH | 15.50 | 23.25 | $2,042.13 | $165.88 | $147.55 | $121.47 | $28.41 | $129.00 | $1.54 | $1.96 | $1,529.26 | $60.00 | $6.00 | $2,108.13 |
| 8 | VK | 13.25 | 19.87 | $1,159.35 | | $55.97 | $71.88 | $16.81 | $49.00 | $1.02 | $1.34 | $963.51 | $30.00 | $6.00 | $1,257.35 |
| 9 | JL | 14.25 | 21.37 | $570.00 | $73.85 | $0.00 | $30.77 | $7.20 | $1.00 | $0.48 | $0.50 | $456.20 | $67.50 | $17.00 | $654.50 |
| 10 | MMD | 13.25 | 19.87 | $1,060.00 | $76.87 | $0.00 | $60.95 | $14.25 | $50.00 | $0.96 | $0.98 | $819.22 | $80.00 | $13.00 | $1,153.00 |
| 11 | AM | 13.25 | 19.87 | $583.00 | | $0.00 | $36.15 | $8.45 | $15.00 | $0.53 | $0.58 | $522.29 | $33.00 | $35.00 | $651.00 |
| 12 | SM | 13.75 | 20.62 | $1,203.10 | $85.96 | $66.33 | $69.26 | $16.20 | $68.00 | $1.02 | $1.12 | $895.21 | $90.00 | $10.00 | $1,303.10 |
| 13 | MPF | 19.50 | 29.25 | $1,823.25 | | $91.25 | $113.05 | $26.44 | $105.00 | $1.07 | $1.82 | $1,484.62 | $56.00 | $6.00 | $1,885.25 |
| 14 | CP | 14.75 | 22.12 | $1,489.68 | $85.96 | $79.68 | $87.03 | $20.36 | $84.00 | $1.13 | $1.40 | $1,130.12 | $72.00 | $8.00 | $1,569.68 |
| 15 | SP | 14.25 | 21.38 | $1,439.32 | $76.87 | $74.51 | $84.35 | $19.73 | $81.00 | $1.13 | $1.36 | $1,098.37 | $76.00 | $8.00 | $1,523.32 |
| 16 | ASM | 13.25 | 18.00 | $1,060.00 | | $36.77 | $65.72 | $15.37 | $71.00 | $0.96 | $1.06 | $823.07 | $80.00 | $24.00 | $1,164.00 |
| 17 | CSM | 14.00 | 21.00 | $1,225.00 | $9.09 | $101.52 | $75.38 | $17.63 | $83.00 | $1.02 | $1.22 | $936.14 | $80.00 | $20.00 | $1,325.00 |
| 18 | MS | 14.00 | 21.00 | $1,234.45 | $73.85 | $54.52 | $71.96 | $16.83 | $65.00 | $1.03 | $1.16 | $950.10 | $76.00 | $10.00 | $1,320.45 |
| 19 | HS | 15.00 | 22.50 | $240.00 | $85.96 | $0.00 | $9.55 | $2.23 | $0.00 | $0.19 | $0.15 | $141.92 | $56.00 | $19.00 | $315.00 |
| 20 | GT | 13.25 | 19.87 | $906.94 | | $13.00 | $56.23 | $13.16 | $38.00 | $0.80 | $0.91 | $784.84 | $78.00 | $36.00 | $1,020.94 |
| 21 | JT | 18.50 | 27.75 | $1,414.33 | | $125.33 | $87.69 | $20.51 | $99.00 | $0.92 | $1.41 | $1,079.46 | $100.00 | $15.00 | $1,529.33 |
| 22 | EV | 19.23 | 28.84 | $1,826.80 | $85.96 | $125.75 | $107.93 | $25.24 | $95.00 | $1.08 | $1.74 | $1,384.10 | $100.00 | $13.00 | $1,939.80 |
| 23 | JV | 13.25 | 19.87 | $1,053.35 | | $62.63 | $65.31 | $15.25 | $43.00 | $1.02 | $1.05 | $870.16 | $0.00 | $2.00 | $1,055.35 |
| 24 | KV | 13.25 | 19.87 | $1,165.31 | $73.85 | $47.82 | $67.67 | $15.83 | $38.00 | $1.07 | $1.09 | $915.03 | $65.70 | $26.00 | $1,257.01 |
| 25 | YVP | 18.00 | 27.00 | $1,619.10 | | $130.52 | $100.38 | $23.48 | $83.00 | $1.02 | $1.62 | $1,279.03 | $51.00 | $11.00 | $1,681.10 |
| 26 | GV | 13.25 | 19.87 | $266.99 | $0.00 | $0.00 | $16.56 | $3.87 | $13.00 | $0.24 | $0.27 | $233.05 | $55.00 | $17.00 | $338.99 |
| 27 | HV | 13.25 | 19.87 | $266.99 | | $0.00 | $16.55 | $3.86 | $5.00 | $0.24 | $0.27 | $241.06 | $80.00 | $18.00 | $364.99 |
| 28 | DW | 14.00 | 21.00 | $1,240.00 | $85.96 | $74.72 | $71.55 | $16.73 | $72.00 | $1.02 | $1.15 | $916.87 | $88.00 | $17.00 | $1,345.00 |
| | **Hourly Employee Totals:** | | | **$32,729.50** | **$1,151.98** | **$1,820.70** | **$1,962.83** | **$459.05** | **$1,696.00** | **$25.13** | **$31.66** | **$25,663.06** | **$1,714.50** | **$455.00** | **$34,899.00** |
| 29 | CG | | | $3,076.92 | $104.14 | $287.35 | $184.31 | $43.11 | $209.00 | $0.96 | $2.97 | $2,245.08 | $40.00 | $34.00 | $3,150.92 |
| 30 | MH | | | $4,809.69 | | $639.71 | $298.20 | $69.74 | $374.00 | $0.96 | $4.81 | $3,422.27 | $40.00 | $20.00 | $4,869.69 |
| 31 | WA | | | $2,000.00 | $104.14 | $190.11 | $117.54 | $27.49 | $119.00 | $0.96 | $1.90 | $1,438.86 | $40.00 | $20.00 | $2,060.00 |
| 32 | JP | | | $1,320.00 | | $70.46 | $81.84 | $19.14 | $78.00 | $0.96 | $1.32 | $1,068.28 | $40.00 | $20.00 | $1,380.00 |
| 33 | JB | | | $3,147.95 | $437.13 | $217.14 | $168.07 | $39.31 | $174.00 | $0.96 | $2.71 | $3,228.63 | $40.00 | $20.00 | $3,207.95 |
| 34 | TB | | | $2,500.00 | $9.09 | $285.48 | $154.44 | $36.12 | $167.00 | $0.96 | $2.49 | $1,844.42 | $40.00 | $20.00 | $2,560.00 |
| | **Salaried Employee Totals:** | | | **$16,854.56** | **$654.50** | **$1,690.25** | **$1,004.40** | **$234.91** | **$1,121.00** | **$5.76** | **$16.20** | **$13,247.54** | **$240.00** | **$134.00** | **$17,228.56** |
| 36 | KR | | | $6,500.00 | | | | | | | | $6,500.00 | | | $6,500.00 |
| 36 | MW | | | $5,000.00 | | | | | | | | $5,000.00 | | | $5,000.00 |
| 37 | KM | | | $7,500.00 | | | | | | | | $7,500.00 | | | $7,500.00 |
| 38 | CB | | | $5,000.00 | | | | | | | | $5,000.00 | | | $5,000.00 |
| | **Management Totals:** | | | **$24,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$24,000.00** | **$0.00** | **$0.00** | **$24,000.00** |
| | | | | **$73,584.06** | **$1,806.48** | **$3,510.95** | **$2,967.23** | **$693.96** | **$2,817.00** | **$30.89** | **$47.86** | **$62,910.60** | **$1,954.50** | **$589.00** | **$76,127.56** |

Net Employee Total: $38,910.60
TOTAL Net Payroll $62,910.60

EXHIBIT 1 - PAGE 1 OF 1

<u>In re Fizz & Bubble, LLC</u>
Bankruptcy Case No. 19-34092-tmb11

CERTIFICATE - TRUE COPY

DATE: November 6, 2019

DOCUMENT: MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION PREMIUMS EXPEDITED HEARING REQUESTED

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting the undersigned.)

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the same at his, her, or their last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the above date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: November 6, 2019         VANDEN BOS & CHAPMAN, LLP


                                By:/s/Douglas R. Ricks
                                   Douglas R. Ricks, OSB 044026
                                   Of Attorneys for Debtor-in-Possession

Page 1 – CERTIFICATE OF SERVICE

Case 19-34092-tmb11    Doc 10    Filed 11/06/19

In re Fizz & Bubble, LLC;
Ch 11 Bankruptcy Case No. 19-34092-tmb11

**20 LARGEST UNSECURED CREDITORS**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Ernest Packaging Solutions
9255 NE Alderwood Rd
Portland, OR 97220

Express Services
PO Box 4427
Portland, OR 97208

Harsch Investment Property
1620 SW Taylor, Suite 300
Portland, OR 97205

IDL Worldwide
PO Box 536642
Pittsburg, PA 15253

IPT
PO Box 206918
Dallas, TX 75320

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

LTK LLC
5648 Evans Valley
Loop Road NE
Silverton, OR 97381

Now CFO
5251 S Green Street, Suite 350
Murray, UT 84123

OMEP
7650 SW Beveland St, Ste 170
Portland, OR 97223

Oswego Financial Services
0932 SW Palatine Hill Road
Portland, OR 97219

Premier Press
5000 N Basin Ave
Portland, OR 97217

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

RPG
119 West 57th Street
New York, NY 10019

Tricor Brands
7931 NE Halsey St, #101
Portland, OR 97213

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

**SECURED CREDITORS:**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP LLC
125 Pearl St
New York, NY 10038

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Capital Funding ASAP, LLC
c/o Isaac Greenfield, Esq.
26 Broadway, Suite 375
New York, NY 10004

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Decathlon Alpha III, LP
Attn: John Borchers
1441 West Ute Blvd, Suite 240
Park City, UT 84098

Decathlon Alpha III, LP
c/o The Corporation Trust
Company, RA
780 Commercial St SE Ste 100
Salem, OR 97301

Decathlon Alpha III, LP
c/o The Corporation Trust
Company, RA
Corp Trust Ctr - 1209 Orange St
Wilmington, DE 19801

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

Queen Funding, LLC
c/o Joe Liberman, Esq.
101 Chase Ave, Ste 208
Lakewood, NJ 08701

Unique Funding Solutions, LLC
Attn: Jordan Jenson
2715 Coney Island Ave
Brooklyn, NY 11235

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

WG Fund, LLC
Attn: Jordan Jenson
1980 Swarthmore Ave
Lakewood, NJ 08701

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.