| 11/07/2019 | THURSDAY | Judge Trish M Brown |
|---|---|---|

4:00 PM 19-34092 tmb 11 bk    Fizz & Bubble, LLC

(1) **Expedited Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers Compensation Premiums Filed by Debtor Fizz & Bubble, LLC (RICKS, DOUGLAS) (10)**

Fizz & Bubble, LLC - db          DOUGLAS R RICKS

(2) **Expedited Debtor s Motion for Order Authorizing Continued Use of Certain Existing Bank Accounts Filed by Debtor Fizz & Bubble, LLC (RICKS, DOUGLAS) (11)**

Fizz & Bubble, LLC - db          DOUGLAS R RICKS

(3) **Notice of Preliminary Hearing and Motion For Authority to Use Cash Collateral i /i . Filed by Debtor Fizz & Bubble, LLC Hearing Scheduled for 11/7/2019 at 04:00 PM in/by Courtroom #4, Portland. (RICKS, DOUGLAS) (13)**

Fizz & Bubble, LLC - db          DOUGLAS R RICKS

Ms. Arnot - UST
M. Newman → Decathalon
Mr. Boyd → Capital Wholesale, Inc
Mr. Ryan - M&L

Evidentiary Hearing:    Yes: ☑    No: ☐

(2) Use of one bank account allowed for a period of 30 days.

(1) Payroll motion allowed as modified. Taxes must be paid.

(3) Cash collateral allowed for weeks ending 11/8 and 11/15 in the amount of $121,190. Preliminary hearing continued to 11/14/19 @ 2:30 pm.
    Mr. Ricks to upload orders on all 3 motions

Run Date:    11/07/19

Case 19-34092-tmb11    Doc 21    Filed 11/07/19