Below is an order of the court.

*Trish M. Brown*
_____
TRISH M. BROWN
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 19-34092-tmb11 |
| Fizz & Bubble, LLC | ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES |
| Debtor-in-Possession. | |

Based on the Debtor-in-Possession's Motion for Authority to Pay Prepetition Payroll, Payroll Taxes, Employee Health Insurance Premiums and Workers' Compensation Premiums (Doc No. 10) ("Motion"), and the Court finding good cause exists for granting the Motion,

IT IS HEREBY ORDERED as follows:

1.      The Motion is granted.

2.      The Debtor-in-Possession, Fizz & Bubble, LLC ("Debtor"), is authorized to pay its employees their full paychecks for the pay period from October 21, 2019 through and including November 2, 2019, that are due on November 8, 2019 payday.  In no event shall

Page 1 of 2      ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11      Doc 27      Filed 11/08/19

the Debtor be authorized to pay an employee an amount greater than the limit set forth in 11 U.S.C. § 507(a)(4) on account of prepetition wages or commissions.  Attached as **Exhibit 1** is a summary of the payroll obligations (including accrued sick and vacation pay earned within 180 days of the Petition Date), both pre-petition and post-petition, for all employees of the Debtor during the current pay period.  None of the amounts listed in the column entitled "Total Priority Amount" exceed the statutory maximum in 11 U.S.C. § 507(a)(4).

3.      That Debtor is authorized to pay other compensation, employee benefits due to its employees pre-petition, including allowing employees to take paid vacation time and/or sick leave in the ordinary course of business; provided, however, that such authority is limited to the priority amount of 11 U.S.C. § 507(a)(4)-(5) and is limited to benefits accrued during the 180-day period preceding the Petition Date.

4.      Debtor is authorized to pay employer tax obligations, Employee Health Insurance Premiums, and Workers' Compensation Premiums incurred pre-petition for the payroll periods ending on November 2, 2019.

### ###

**PRESENTED BY**:

VANDEN BOS & CHAPMAN, LLP

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

**LBR 9021-1 CERTIFICATION**

I certify that I have complied with the requirement of LBR 9021-1(a); Order circulated as Proposed Order to Motion.

By:/s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only.  Creditors may request a copy of the Service List by contacting the undersigned.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

ORDER AUTHORIZING DEBTOR TO PAY PREPETITION PAYROLL, PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS, AND WORKERS' COMPENSATION INSURANCE PREMIUMS AND OTHER EMPLOYEE EXPENSES

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

FIZZ & BUBBLE, LLC
CASE NO. 19-34092-tmb11

| | Employee | Hrly Rate | OT Rate | Gross | INS | Federal | SS | Medicare | OR State Tax | Worker Ben | OR Transit | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UB | 13.25 | 19.87 | $1,168.29 | | $22.98 | $72.43 | $16.95 | $52.00 | $1.03 | $1.17 | $1,001.73 |
| 2 | CCC | 13.25 | 19.87 | $1,164.32 | $85.96 | $62.45 | $66.86 | $15.64 | $64.00 | $1.02 | $1.08 | $867.31 |
| 3 | RC | 16.00 | 24.00 | $900.80 | | $0.00 | $55.85 | $13.06 | $22.00 | $0.68 | $0.90 | $808.31 |
| 4 | MF | 16.50 | 24.75 | $1,344.75 | | $91.99 | $83.38 | $19.50 | $86.00 | $0.97 | $1.34 | $1,061.57 |
| 5 | MH | 24.00 | 36.00 | $2,088.00 | $85.96 | $249.01 | $124.12 | $29.03 | $132.00 | $1.01 | $2.00 | $1,464.87 |
| 6 | AH | 13.25 | 19.87 | $1,174.25 | | $23.58 | $72.80 | $17.03 | $53.00 | $1.03 | $1.17 | $1,005.64 |
| 7 | GH | 15.50 | 23.25 | $2,042.13 | $165.88 | $147.55 | $121.47 | $28.41 | $129.00 | $1.54 | $1.96 | $1,529.26 |
| 8 | VK | 13.25 | 19.87 | $1,159.35 | | $55.97 | $71.88 | $16.81 | $49.00 | $1.02 | $1.18 | $963.51 |
| 9 | JL | 14.25 | 21.37 | $570.00 | $73.85 | $0.00 | $30.77 | $7.20 | $1.00 | $0.48 | $0.50 | $456.20 |
| 10 | MMD | 13.25 | 19.87 | $1,060.00 | $76.87 | $36.77 | $60.95 | $14.25 | $50.00 | $0.96 | $0.98 | $819.22 |
| 11 | AM | 13.25 | 19.87 | $583.00 | | $0.00 | $36.15 | $8.45 | $15.00 | $0.53 | $0.58 | $522.29 |
| 12 | SM | 13.75 | 20.62 | $1,203.10 | $85.96 | $66.33 | $69.26 | $16.20 | $68.00 | $1.02 | $1.12 | $895.21 |
| 13 | MPF | 19.50 | 29.25 | $1,823.25 | | $91.25 | $113.05 | $26.44 | $105.00 | $1.07 | $1.82 | $1,484.62 |
| 14 | CP | 14.75 | 22.12 | $1,489.68 | $85.96 | $79.68 | $87.03 | $20.36 | $84.00 | $1.13 | $1.40 | $1,130.12 |
| 15 | SP | 14.25 | 21.38 | $1,439.32 | $76.87 | $74.51 | $84.35 | $19.73 | $81.00 | $1.13 | $1.36 | $1,098.37 |
| 16 | ASM | 13.25 | 18.00 | $1,060.00 | | $82.82 | $65.72 | $15.37 | $71.00 | $0.96 | $1.06 | $823.07 |
| 17 | CSM | 14.00 | 21.00 | $1,225.00 | $9.09 | $101.52 | $75.38 | $17.63 | $83.00 | $1.02 | $1.22 | $936.14 |
| 18 | MS | 14.00 | 21.00 | $1,234.45 | $73.85 | $54.52 | $71.96 | $16.83 | $65.00 | $1.03 | $1.16 | $950.10 |
| 19 | HS | 15.00 | 22.50 | $240.00 | $85.96 | $0.00 | $9.55 | $2.23 | $0.00 | $0.19 | $0.15 | $141.92 |
| 20 | GT | 13.25 | 19.87 | $906.94 | | $13.00 | $56.23 | $13.16 | $38.00 | $0.80 | $0.91 | $784.84 |
| 21 | JT | 18.50 | 27.75 | $1,414.33 | | $125.33 | $87.69 | $20.51 | $99.00 | $0.92 | $1.41 | $1,079.46 |
| 22 | EV | 19.23 | 28.84 | $1,826.80 | $85.96 | $125.75 | $107.93 | $25.24 | $95.00 | $1.08 | $1.74 | $1,384.10 |
| 23 | JV | 13.25 | 19.87 | $1,053.35 | | $62.63 | $65.31 | $15.25 | $38.00 | $0.92 | $1.05 | $870.16 |
| 24 | KV | 13.25 | 19.87 | $1,165.31 | $73.85 | $47.82 | $67.67 | $15.83 | $43.00 | $1.02 | $1.09 | $915.03 |
| 25 | YVP | 18.00 | 27.00 | $1,619.10 | | $130.52 | $100.38 | $23.48 | $83.00 | $1.07 | $1.62 | $1,279.03 |
| 26 | GV | 13.25 | 19.87 | $266.99 | $0.00 | $0.00 | $16.56 | $3.87 | $13.00 | $0.24 | $0.27 | $233.05 |
| 27 | HV | 13.25 | 19.87 | $266.99 | | $0.00 | $16.55 | $3.86 | $5.00 | $0.24 | $0.27 | $241.06 |
| 28 | DW | 14.00 | 21.00 | $1,240.00 | $85.96 | $74.72 | $71.55 | $16.73 | $72.00 | $1.02 | $1.15 | $916.87 |
| | **Hourly Employee Totals:** | | | **$32,729.50** | **$1,151.98** | **$1,820.70** | **$1,962.83** | **$459.05** | **$1,696.00** | **$25.13** | **$31.66** | **$25,663.06** |
| 29 | CG | | | $3,076.92 | $104.14 | $287.35 | $184.31 | $43.11 | $209.00 | $0.96 | $2.97 | $2,245.08 |
| 30 | MH | | | $4,809.69 | | $639.71 | $298.20 | $69.74 | $374.00 | $0.96 | $4.81 | $3,422.27 |
| 31 | WA | | | $2,000.00 | $104.14 | $190.11 | $117.54 | $27.49 | $119.00 | $0.96 | $1.90 | $1,438.86 |
| 32 | JP | | | $1,320.00 | | $70.46 | $81.84 | $19.14 | $78.00 | $0.96 | $1.32 | $1,068.28 |
| 33 | JB | | | $3,147.95 | $437.13 | $217.14 | $168.07 | $39.31 | $174.00 | $0.96 | $2.71 | $3,228.63 |
| 34 | TB | | | $2,500.00 | | $285.48 | $154.44 | $36.12 | $167.00 | $0.96 | $2.49 | $1,844.42 |
| | **Salaried Employee Totals:** | | | **$16,854.56** | **$654.50** | **$1,690.25** | **$1,004.40** | **$234.91** | **$1,121.00** | **$5.76** | **$16.20** | **$13,247.54** |
| 35 | KR | | | $6,500.00 | | | | | | | | $6,500.00 |
| 36 | MW | | | $5,000.00 | | | | | | | | $5,000.00 |
| 37 | KM | | | $0.00 | | | | | | | | $0.00 |
| 38 | CB | | | $0.00 | | | | | | | | $0.00 |
| | **Management Totals:** | | | **$11,500.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$11,500.00** |
| | | | | **$61,084.06** | **$1,806.48** | **$3,510.95** | **$2,967.23** | **$693.96** | **$2,817.00** | **$30.89** | **$47.86** | **$50,410.60** |
| | | | | | | | | | | | Net Employee Total: | $38,910.60 |
| | | | | | | | | | | | TOTAL Net Payroll | $50,410.60 |

Exhibit 1 page 1 of 1

Case 19-34092-tmb11    Doc 27    Filed 11/08/19

<u>In re Fizz & Bubble, LLC;</u>
Ch 11 Bankruptcy Case No. 19-34092-tmb11
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

**20 LARGEST UNSECURED CREDITORS**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Ernest Packaging Solutions
9255 NE Alderwood Rd
Portland, OR 97220

Express Services
PO Box 4427
Portland, OR 97208

Harsch Investment Property
1620 SW Taylor, Suite 300
Portland, OR 97205

IDL Worldwide
PO Box 536642
Pittsburg, PA 15253

IPT
PO Box 206918
Dallas, TX 75320

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

LTK LLC
5648 Evans Valley
Loop Road NE
Silverton, OR 97381

Now CFO
5251 S Green Street, Suite 350
Murray, UT 84123

OMEP
7650 SW Beveland St, Ste 170
Portland, OR 97223

Oswego Financial Services
0932 SW Palatine Hill Road
Portland, OR 97219

Premier Press
5000 N Basin Ave
Portland, OR 97217

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

RPG
119 West 57th Street
New York, NY 10019

Tricor Brands
7931 NE Halsey St, #101
Portland, OR 97213

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

**SECURED CREDITORS:**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP LLC
125 Pearl St
New York, NY 10038

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Capital Funding ASAP, LLC
c/o Isaac Greenfield, Esq.
26 Broadway, Suite 375
New York, NY 10004

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Decathlon Alpha III, LP
Attn: John Borchers
1441 West Ute Blvd, Suite 240
Park City, UT 84098

Decathlon Alpha III, LP
c/o The Corporation Trust Company, RA
780 Commercial St SE Ste 100
Salem, OR 97301

Decathlon Alpha III, LP
c/o The Corporation Trust Company, RA
Corp Trust Ctr - 1209 Orange St
Wilmington, DE 19801

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

Queen Funding, LLC
c/o Joe Liberman, Esq.
101 Chase Ave, Ste 208
Lakewood, NJ 08701

Unique Funding Solutions, LLC
Attn: Jordan Jenson
2715 Coney Island Ave
Brooklyn, NY 11235

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

WG Fund, LLC
Attn: Jordan Jenson
1980 Swarthmore Ave
Lakewood, NJ 08701

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.