Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34092-tmb11 |
|---|---|
| Fizz & Bubble, LLC | ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS |
| Debtor-in-Possession. | |

THIS MATTER came before the Court on November 7, 2019 on Debtor, Fizz & Bubble, LLC's ("Debtor") Motion for Order Authorizing Continued Use of Certain Existing Bank Accounts (Doc No. 11) (the "Motion"), due and adequate notice under the circumstances having been given, and the Court otherwise being fully advised

NOW, THEREFORE, it is ORDERED as follows:

1. Debtor is authorized to utilize the Business Checking Account as described in the Motion at Chase Bank ("Bank") for a period of 30 days from the date of entry of this order; To the extent required to allow Debtor to continue to use the Business Checking Account, Debtor is granted a waiver of those certain operating guidelines established by the

Page 1 of 3   ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING
CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11   Doc 29   Filed 11/08/19

Office of the U.S. Trustee for the District of Oregon that would otherwise require the Debtor to close all prepetition bank accounts, open new accounts designated as debtor-in-possession accounts, and provide for new business forms and stationery. However, Debtor is still to close all other prepetition bank accounts, open new accounts designated as debtor-in-possession accounts, and take all reasonable steps to migrate Debtor's cash management into the new accounts designated as debtor-in-possession accounts.

2. The Bank is hereby authorized to allow transfers (solely to any debtor-in-possession accounts) to be made from, and deposits to be made into the Business Checking Account in the same manner as transfers and deposits were made prior to (the "Petition Date").

3. Checks drawn on the Business Checking Account dated prior to the Petition Date and the payment of other prepetition obligations shall be paid only upon authorization of this Court.

4. Nothing contained herein shall prevent the Debtor from opening new accounts designated as debtor-in-possession accounts as the Debtor deems necessary.

5. Debtor shall implement appropriate accounting safeguards to ensure compliance with all other orders authorizing payments on prepetition obligations and to prevent any unauthorized payment on any prepetition obligations.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order. This Order shall be without prejudice to any party seeking to implement the UST Guidelines with respect to the Business Checking Account.

### 

/ / /

/ / /

Page 2 of 3    ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING
CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 29    Filed 11/08/19

**PRESENTED BY**:

VANDEN BOS & CHAPMAN, LLP


By: /s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a); The Proposed Order was attached to Debtor's Motion.

By: /s/Douglas R. Ricks
    Douglas R. Ricks, OSB 044026
    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

See Attached List. (The original Service List is attached to the original copy filed with the Court only. Creditors may request a copy of the Service List by contacting Debtor's attorney.)

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 3 of 3    ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF CERTAIN EXISTING BANK ACCOUNTS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11   Doc 29   Filed 11/08/19

In re Fizz & Bubble, LLC;
Ch 11 Bankruptcy Case No. 19-34092-tmb11
**Any creditors appearing twice on this list were only sent one mailed copy of the document(s).**

**20 LARGEST UNSECURED CREDITORS**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Ernest Packaging Solutions
9255 NE Alderwood Rd
Portland, OR 97220

Express Services
PO Box 4427
Portland, OR 97208

Harsch Investment Property
1620 SW Taylor, Suite 300
Portland, OR 97205

IDL Worldwide
PO Box 536642
Pittsburg, PA 15253

IPT
PO Box 206918
Dallas, TX 75320

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

LTK LLC
5648 Evans Valley
Loop Road NE
Silverton, OR 97381

Now CFO
5251 S Green Street, Suite 350
Murray, UT 84123

OMEP
7650 SW Beveland St, Ste 170
Portland, OR 97223

Oswego Financial Services
0932 SW Palatine Hill Road
Portland, OR 97219

Premier Press
5000 N Basin Ave
Portland, OR 97217

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

RPG
119 West 57th Street
New York, NY 10019

Tricor Brands
7931 NE Halsey St, #101
Portland, OR 97213

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

**SECURED CREDITORS:**

Bruce Wood, LLC
Attn: Bruce Wood
0932 SW Palatine Hill Rd.
Portland, OR 97219

Capital Funding ASAP LLC
125 Pearl St
New York, NY 10038

Capital Funding ASAP, LLC
695 Cross Street
Lakewood, NJ 08701

Capital Funding ASAP, LLC
c/o Isaac Greenfield, Esq.
26 Broadway, Suite 375
New York, NY 10004

Connie Smith
0932 SW Palatine Hill Rd
Portland, OR 97219

Decathlon Alpha III, LP
Attn: John Borchers
1441 West Ute Blvd, Suite 240
Park City, UT 84098

Decathlon Alpha III, LP
c/o The Corporation Trust Company, RA
780 Commercial St SE Ste 100
Salem, OR 97301

Decathlon Alpha III, LP
c/o The Corporation Trust Company, RA
Corp Trust Ctr - 1209 Orange St
Wilmington, DE 19801

Diane Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Erik Piper
4032 SE Ogden Street
Portland, OR 97202

Kenneth Humke
1432 SE 72nd Ave
Portland, OR 97015

Queen Funding, LLC
Attn: Jordan Jenson
101 Chase Ave, Suite 208
Lake Wood, NJ 08701

Queen Funding, LLC
c/o Joe Liberman, Esq.
101 Chase Ave, Ste 208
Lakewood, NJ 08701

Unique Funding Solutions, LLC
Attn: Jordan Jenson
2715 Coney Island Ave
Brooklyn, NY 11235

Valerie Humke
1919 NW 87th Circle
Vancouver, WA 98665

WG Fund, LLC
Attn: Jordan Jenson
1980 Swarthmore Ave
Lakewood, NJ 08701

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.