## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $       **946,909.07**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $       **946,909.07**

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       **11,668,990.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $       **310,140.99**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$       **2,040,327.79**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b    $       **14,019,458.78**

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

Debtor name **Fizz & Bubble, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **19-34092-tmb11**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank -(as of 11/6/19)** | **Checking** | **2860** | **$48,000.00** |
| 3.2. | **Chase (as of 11/6/19)** | **Checking** | **9939** | **$140.72** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$48,140.72**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

| 11a. 90 days old or less: | **481,036.12** | - | **0.00** | = .... | **$481,036.12** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$481,036.12** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Inventory - Raw Materials** | **11/20/19** | **$100,000.00** | **cash** | **$100,000.00** |
| 20. | **Work in progress** **Inventory - Work in Progress** | **11/20/19** | **$80,000.00** | **Cash** | **$80,000.00** |
| 21. | **Finished goods, including goods held for resale** **Inventory - Finished goods** | **11/20/19** | **$120,000.00** | **Cash** | **$120,000.00** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | **$300,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office Furnishings  -  See attached  Exhibit 1 | $0.00 | Comparable sale | $67,158.19 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office electronics, computers, printers & software - See attached Exhibit 2 | $0.00 | Purchase Price | $47,756.08 |
| | Equipment - See attached Exhibit 3 | $0.00 | Comparable sale | $2,817.96 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $117,732.23 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

|  | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
|  | **Trademark - Fizz & Bubble** | **$0.00** | **Cash** | **$0.00** |
|  | **Trademark - Chill Beauty** | **$0.00** | **Cash** | **$0.00** |
| 61. | **Internet domain names and websites** | | | |
|  | **www.fizzandbubble.com** | **$0.00** | **Cash** | **$0.00** |
|  | **www.chillbeauty.com** | **$0.00** | **Cash** | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
|  | **Customer List** | **$0.00** | **Cash** | **$0.00** |
|  | **Market data bases** | **$0.00** | **Cash** | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
|  | **Goodwill** | **$0.00** | **Cash** | **$0.00** |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
|  | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **Liberty Mutual Insurance - Commercial Auto Insurance Acct #9460**                                                      **$0.00**

    **Health Net of Oregon - Health Insurance - Acct #49OA**                                                                  **$0.00**

    **Superior Vision - Vision Insurance  #9501**                                                                             **$0.00**

    **LifeMap - Dental Insurance Acct #7961**                                                                                 **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Star Funding**                                                                                                          **Unknown**

    | Nature of claim | **Breach of Contract Claim** |
    |---|---|
    | Amount requested | **$0.00** |

    **Net.Finance LLC, Mark Garrison and Nancy J. Kinney**                                                                    **Unknown**

    | Nature of claim | **Negligence/Theft** |
    |---|---|
    | Amount requested | **$0.00** |

    **NOWCFO**                                                                                                                **Unknown**

    | Nature of claim | **Negligence/Breach of Contract** |
    |---|---|
    | Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                                     **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,140.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $481,036.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $300,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $117,732.23 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $946,909.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $946,909.07 |

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

## Office Furnishings

| QTY | Brand | Model | Equipment Desc. | Unit Value | Total Value |
|---|---|---|---|---|---|
| 6 | Cosco | N/A | Cosco 6ft Folding Table - Black | $ 46.49 | $ 278.94 |
| 12 | Ergo Genesis | 757 | Ergo Genesis BodyBilt Midback Task Chair | $ 999.00 | $ 11,988.00 |
| 15 | Herman Miller | Ethospace | Tu W-pull small 2 drawer Grey Rolling Filing Cabinet/Pedistal | $ 300.00 | $ 4,500.00 |
| 15 | Herman Miller | Ethospace | Tu W-pull Large 2 drawer Grey Rolling Filing Cabinet/Pedistal | $ 340.00 | $ 5,100.00 |
| 17 | Herman Miller | Ethospace | Large Cubical - Window Wall, L-shape + Extension | $ 1,000.00 | $ 17,000.00 |
| 1 | HON | 800 Series | HON 800 Series Five-Drawer Lateral File | $ 899.99 | $ 899.99 |
| 1 | Honeywell | 812901 | Honeywell Fire & Waterproof Safe Digital Lock .7 cu ft | $ 139.99 | $ 139.99 |
| 1 | Igloo | N/A | Igloo 3.2 cu ft Mini Fridge & Freezer | $ 169.99 | $ 169.99 |
| 5 | Ikea | Micke | Ikea Micke 3 Drawer File Cabinet | $ 59.99 | $ 299.95 |
| 1 | Ikea | N/A | Grey Sofa | $ 599.00 | $ 599.00 |
| 8 | Ikea | Linnmon | 59x30 Gloss White Table Top with Legs | $ 59.99 | $ 479.92 |
| 1 | Ikea | Linnmon | 78"x24" Brown Table Top with Legs | $ 67.99 | $ 67.99 |
| 1 | Ikea | Kallax | 8-Cube White Storage Unit | $ 69.99 | $ 69.99 |
| 2 | Ikea | Vittsjo | 4 tier glass shelf unit | $ 79.99 | $ 159.98 |
| 1 | Ikea | N/A | 4 Seat White Leather Sectional | $ 1,399.00 | $ 1,399.00 |
| 5 | Ikea | Lack | Wall Shelf | $ 59.99 | $ 299.95 |
| 1 | Ikea | Vittsjo | Ikea Vittsjo 2 tier Shelf | $ 59.99 | $ 59.99 |
| 1 | Ikea | Bekant | Ikea Bekant Conference Table | $ 529.00 | $ 529.00 |
| 4 | Ikea | IDOLF | Black Chair | $ 69.00 | $ 276.00 |
| 2 | Ikea | IDOLF | White Chair | $ 69.00 | $ 138.00 |
| 1 | Ikea | Hektar | Floor Lamo | $ 54.99 | $ 54.99 |
| 1 | Ikea | Bjursta | Black Round Table | $ 229.00 | $ 229.00 |
| 1 | Ikea | Lerhamn | Black Table | $ 99.00 | $ 99.00 |
| 1 | Mainstays | N/A | 6 Cube Storage Unit | $ 29.99 | $ 29.99 |
| 3 | N/A | N/A | White 2 Drawer wide File Cabinet | $ 149.99 | $ 449.97 |
| 1 | N/A | N/A | Black Mesh Back Support Office Chair | $ 199.99 | $ 199.99 |
| 2 | N/A | N/A | White Leather Futon | $ 299.99 | $ 599.98 |
| 1 | N/A | N/A | Brown Rolling Wide 2-Drawer File Cabinet | $ 299.99 | $ 299.99 |
| 1 | N/A | N/A | 3 Seat White Leather Sectional Couch | $ 600.00 | $ 600.00 |
| 1 | Orbit | N/A | Orbit Table 24" Round - White Top | $ 160.00 | $ 160.00 |
| 2 | Pottery Barn | Aztec | AZTEC PEDESTAL DINING TABLE, 40" | $ 799.00 | $ 1,598.00 |
| 1 | Pottery Barn | N/A | 12 Person Dark Wood Dining Table | $ 1,000.00 | $ 1,000.00 |
| 1 | Pottery Barn | N/A | White 12 Person Dining Table | $ 400.00 | $ 400.00 |
| 26 | Realspace | Winsley | Realspace Modern Mid-Back Office Chair, White/Silver | $ 89.99 | $ 2,339.74 |
| 2 | Realspace | Magellan | Realspace Magellan 59"W L-Shaped Desk, Espresso | $ 319.99 | $ 639.98 |
| 2 | Sofa Maina | N/A | White Designer Coffee Table | $ 149.99 | $ 299.98 |
| 3 | Sofa Maina | Nemo | Modern Nemo Futon | $ 209.99 | $ 629.97 |
| 1 | Sofa Maina | N/A | Black Designer Coffee Table | $ 149.99 | $ 149.99 |
| 2 | Sofa Mania | Maywood | Black Maywood Modern Tulip Chair | $ 199.00 | $ 398.00 |
| 1 | Sofa Mania | Maywood | White Maywood Modern Tulip Chair | $ 199.00 | $ 199.00 |
| 1 | Sofia Mania | N/A | Plush White Leather Chair | $ 299.99 | $ 299.99 |
| 2 | SteelCase | Tower | Grey Steel SteelCase Tower Wardrobe locker unit | $ 1,000.00 | $ 2,000.00 |
| 1 | Uline | H-617 | Magnetic White Board | $ 79.00 | $ 79.00 |
| 14 | Uline | H-7119 | 48"x24"x72" Storage Shelf | $ 180.00 | $ 2,520.00 |
| 4 | Uline | H-7728 | 5'x3' Whiteboard | $ 128.00 | $ 512.00 |
| 1 | Uline | H-1840 | 6'x4' Whiteboard | $ 175.00 | $ 175.00 |
| 3 | Uline | H-7829 | Single Pedestal Steel Desk | $ 520.00 | $ 1,560.00 |
| 1 | Uline | H-2489 | 16 Person Locker | $ 658.00 | $ 658.00 |
| 3 | Uline | H-3639 | 18 Person Locker | $ 553.00 | $ 1,659.00 |
| 2 | uline | h-2757 | 8'x4' Whiteboard | $ 235.00 | $ 470.00 |
| 1 | Varidesk | 49836 | Standup Desk | $ 395.00 | $ 395.00 |
| 2 | z gallerie | N/A | Designer White Gloss w/chrome Coffee Table | $ 199.00 | $ 398.00 |
| 1 | z gallerie | N/A | Gloss White & Chrome Designer Desk 60x30 | $ 399.00 | $ 399.00 |
| 1 | z gallerie | N/A | Gloss White & Chrome Designer Desk 48x24 | $ 299.99 | $ 299.99 |
| 1 | z gallerie | N/A | Gloss White & Chrome Designer End Table 48x24 | $ 199.99 | $ 199.99 |
| 1 | z gallerie | N/A | Gloss White & Chrome Designer 3 Drawer File Cabinet | $ 399.99 | $ 399.99 |
| 2 | z gallerie | N/A | White Leather / Chrome Designer Chairs | $ 149.99 | $ 299.98 |
| 1 | Keter | N/A | Keter 74"x35"x18" Freestanding Utility Cabinet | $ 175.00 | $ 175.00 |
| | | | Total: | | $ 67,158.19 |

Exhibit 1
Page 1 of 1

## Office Electronics

| QTY | Brand | Model | Equipment Desc. | Unit Value | | Total Value | |
|---|---|---|---|---|---|---|---|
| 2 | Acer | XC-704 | Acer Aspire XC-704G Desktop | $ | 279.99 | $ | 559.98 |
| 1 | Acer | AZ3-715-ACKi5 | Acer Aspire Z3-715 All in One Desktop | $ | 1,079.99 | $ | 1,079.99 |
| 1 | AOC | I2279VWHE | 21" AOC Monitor | $ | 99.00 | $ | 99.00 |
| 6 | AOC | I2779 | AOC 27in Led Monitor | $ | 219.99 | $ | 1,319.94 |
| 1 | Apple | PRO | Apple - MacBook Pro - 15" Display with Touch Bar - Intel Core i7 | $ | 2,399.99 | $ | 2,399.99 |
| 1 | Apple | PRO 1TB | Apple - MacBook Pro - 15" Display with Touch Bar - Intel Core i7 | $ | 2,799.99 | $ | 2,799.99 |
| 1 | Apple | Macbook Pro | 2012 Macbook Pro 13" | $ | 350.00 | $ | 350.00 |
| 1 | Asus | Q505UA | Asus Laptop - i5 | $ | 699.99 | $ | 699.99 |
| 1 | Asus | N/A | Asus Laptop - i7 | $ | 899.99 | $ | 899.99 |
| 1 | Asus | VS228H-P | 21 In Monitor | $ | 89.99 | $ | 89.99 |
| 2 | Brother | MFC-9130CW | Brother Laser Printer | $ | 284.99 | $ | 569.98 |
| 4 | Brother | QL-700 | High Speed Thermal Label Printer | $ | 59.99 | $ | 239.96 |
| 1 | Brother | HL-L2380 | Brother HL-L2380 Laser Printer | $ | 240.00 | $ | 240.00 |
| 1 | Cricut | Explore Air 2 | Cricut Explore Air 2 Machine | $ | 199.99 | $ | 199.99 |
| 1 | Cyberpower | 1500AVR | 1500AVR UPS | $ | 149.99 | $ | 149.99 |
| 2 | DELL | SE2717HR | Dell 27" Monitor | $ | 139.99 | $ | 279.98 |
| 1 | Dell | I7573 | Dell Inspiron 2 in 1 15.6 Laptop | $ | 599.99 | $ | 599.99 |
| 1 | Dell | Inspiron 2 | Dell Inspiron 2 in 1 13.3 Laptop | $ | 850.99 | $ | 850.99 |
| 1 | Dlink | 8-port | D-link 8-Port Gigabit Switch | $ | 19.99 | $ | 19.99 |
| 1 | Garmin | Drive 51 LM | Garmin GPS | $ | 135.98 | $ | 135.98 |
| 1 | Gateway | N/A | Gateway Desktop 8GB Memory 1TB HD | $ | 579.99 | $ | 579.99 |
| 5 | HP | ES27 | 27" Monitor | $ | 179.99 | $ | 899.95 |
| 1 | HP | 15-DB0011DX | HP 15.6 in AMD A6 Laptop | $ | 239.99 | $ | 239.99 |
| 3 | HP | 15-BS113DX | HP 15.6 in i3 Laptop | $ | 429.99 | $ | 1,289.97 |
| 3 | HP | 15-BS015DX | HP 15.6 in i5 Laptop | $ | 529.00 | $ | 1,587.00 |
| 3 | HP | 24-N014 | HP Envy 24-N014 All in one Desktop | $ | 799.99 | $ | 2,399.97 |
| 5 | HP | MFP M277 | HP LaserJet Pro MFP M277 Printer | $ | 289.99 | $ | 1,449.95 |
| 1 | HP | M477FNW | HP M477FNW LaserJet Pro Printer | $ | 619.00 | $ | 619.00 |
| 2 | Insignia | NS-55DR | 55" 4k Roku Smart TV | $ | 379.99 | $ | 759.98 |
| 1 | Kario | 100 | Kiaro! 100 Professional Label Printer w/ roll rewind | $ | 8,999.99 | $ | 8,999.99 |
| 2 | Lenovo | N/A | Lenovo 23-inch Wide Flat-Panel LCD Monitor | $ | 199.99 | $ | 399.98 |
| 1 | LG | UK6190 | 70" LG Smark TV with Mount | $ | 839.98 | $ | 839.98 |
| 1 | LG | 34UC88 | 34" Curved LG Monitor | $ | 999.00 | $ | 999.00 |
| 2 | LG | LG 27MK | 27" LG LED Monitor | $ | 134.99 | $ | 269.98 |
| 1 | LG | 31MU97-B | 32in 4k Monitor | $ | 1,000.00 | $ | 1,000.00 |
| 1 | LG | 49BL95C-W | 49" 4k Curved Montior | $ | 1,299.99 | $ | 1,299.99 |
| 16 | Logitech | MK850 | Wireless Mouse & Keyboard | $ | 59.99 | $ | 959.84 |
| 1 | Logitech | MX Master | Logitech MX Master Mouse | $ | 99.00 | $ | 99.00 |
| 1 | N/A | N/A | Custom Computer | $ | 999.99 | $ | 999.99 |
| 7 | Netgear | GS105 | Netgear GS105 5port Gigabit Switch | $ | 37.99 | $ | 265.93 |
| 1 | Netgear | GS752TP | 48 Port POE Gigabit Switch | $ | 529.99 | $ | 529.99 |
| 1 | Panasonic | NB-G110P | Panasonic FlashXpress NB-G110P | $ | 112.99 | $ | 112.99 |
| 1 | Sonicwall | TZ500 | Sonicwall TZ500 Firewall | $ | 1,250.00 | $ | 1,250.00 |
| 4 | Specte | E248W | 24" LED Monitor | $ | 109.99 | $ | 439.96 |
| 1 | TCL | 4-Series | TLC 55" 4k Smart TV | $ | 349.99 | $ | 349.99 |
| 1 | Toshiba | N/A | 65" Toshiba LED 4k TV | $ | 599.99 | $ | 599.99 |
| 1 | Ubiquiti | HD AC150 | Amplifi Mesh Router System | $ | 349.99 | $ | 349.99 |
| 2 | Zebra | ZT410 | Zebra ZT410 Industreal Thermal Barcode Printer | $ | 1,659.00 | $ | 3,318.00 |
| 3 | Zebra | GC420D | Direct Thermal Printer | $ | 300.00 | $ | 900.00 |
| 2 | Zmodo | N/A | Zmodo 4 Channel HD Wireless Cam System | $ | 179.99 | $ | 359.98 |
| | | | Total: | | | $ | 47,756.08 |

Exhibit 2
Page 1 of 1

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

## Office Electronics

| QTY | Brand | Model | Equipment Desc. | Unit Value | | Total Value | |
|---|---|---|---|---|---|---|---|
| 2 | Acer | XC-704 | Acer Aspire XC-704G Desktop | $ | 279.99 | $ | 559.98 |
| 1 | Acer | AZ3-715-ACKi5 | Acer Aspire Z3-715 All in One Desktop | $ | 1,079.99 | $ | 1,079.99 |
| 1 | AOC | I2279VWHE | 21" AOC Monitor | $ | 99.00 | $ | 99.00 |
| 6 | AOC | I2779 | AOC 27in Led Monitor | $ | 219.99 | $ | 1,319.94 |
| 1 | Apple | PRO | Apple - MacBook Pro - 15" Display with Touch Bar - Intel Core i7 | $ | 2,399.99 | $ | 2,399.99 |
| 1 | Apple | PRO 1TB | Apple - MacBook Pro - 15" Display with Touch Bar - Intel Core i7 | $ | 2,799.99 | $ | 2,799.99 |
| 1 | Apple | Macbook Pro | 2012 Macbook Pro 13" | $ | 350.00 | $ | 350.00 |
| 1 | Asus | Q505UA | Asus Laptop - i5 | $ | 699.99 | $ | 699.99 |
| 1 | Asus | N/A | Asus Laptop - i7 | $ | 899.99 | $ | 899.99 |
| 1 | Asus | VS228H-P | 21 In Monitor | $ | 89.99 | $ | 89.99 |
| 2 | Brother | MFC-9130CW | Brother Laser Printer | $ | 284.99 | $ | 569.98 |
| 4 | Brother | QL-700 | High Speed Thermal Label Printer | $ | 59.99 | $ | 239.96 |
| 1 | Brother | HL-L2380 | Brother HL-L2380 Laser Printer | $ | 240.00 | $ | 240.00 |
| 1 | Cricut | Explore Air 2 | Cricut Explore Air 2 Machine | $ | 199.99 | $ | 199.99 |
| 1 | Cyberpower | 1500AVR | 1500AVR UPS | $ | 149.99 | $ | 149.99 |
| 2 | DELL | SE2717HR | Dell 27" Monitor | $ | 139.99 | $ | 279.98 |
| 1 | Dell | I7573 | Dell Inspiron 2 in 1 15.6 Laptop | $ | 599.99 | $ | 599.99 |
| 1 | Dell | Inspiron 2 | Dell Inspiron 2 in 1 13.3 Laptop | $ | 850.99 | $ | 850.99 |
| 1 | Dlink | 8-port | D-link 8-Port Gigabit Switch | $ | 19.99 | $ | 19.99 |
| 1 | Garmin | Drive 51 LM | Garmin GPS | $ | 135.98 | $ | 135.98 |
| 1 | Gateway | N/A | Gateway Desktop 8GB Memory 1TB HD | $ | 579.99 | $ | 579.99 |
| 5 | HP | ES27 | 27" Monitor | $ | 179.99 | $ | 899.95 |
| 1 | HP | 15-DB0011DX | HP 15.6 in AMD A6 Laptop | $ | 239.99 | $ | 239.99 |
| 3 | HP | 15-BS113DX | HP 15.6 in i3 Laptop | $ | 429.99 | $ | 1,289.97 |
| 3 | HP | 15-BS015DX | HP 15.6 in i5 Laptop | $ | 529.00 | $ | 1,587.00 |
| 3 | HP | 24-N014 | HP Envy 24-N014 All in one Desktop | $ | 799.99 | $ | 2,399.97 |
| 5 | HP | MFP M277 | HP LaserJet Pro MFP M277 Printer | $ | 289.99 | $ | 1,449.95 |
| 1 | HP | M477FNW | HP M477FNW LaserJet Pro Printer | $ | 619.00 | $ | 619.00 |
| 2 | Insignia | NS-55DR | 55" 4k Roku Smart TV | $ | 379.99 | $ | 759.98 |
| 1 | Kario | 100 | Kiaro! 100 Professional Label Printer w/ roll rewind | $ | 8,999.99 | $ | 8,999.99 |
| 2 | Lenovo | N/A | Lenovo 23-inch Wide Flat-Panel LCD Monitor | $ | 199.99 | $ | 399.98 |
| 1 | LG | UK6190 | 70" LG Smark TV with Mount | $ | 839.98 | $ | 839.98 |
| 1 | LG | 34UC88 | 34" Curved LG Monitor | $ | 999.00 | $ | 999.00 |
| 2 | LG | LG 27MK | 27" LG LED Monitor | $ | 134.99 | $ | 269.98 |
| 1 | LG | 31MU97-B | 32in 4k Monitor | $ | 1,000.00 | $ | 1,000.00 |
| 1 | LG | 49BL95C-W | 49" 4k Curved Montior | $ | 1,299.99 | $ | 1,299.99 |
| 16 | Logitech | MK850 | Wireless Mouse & Keyboard | $ | 59.99 | $ | 959.84 |
| 1 | Logitech | MX Master | Logitech MX Master Mouse | $ | 99.00 | $ | 99.00 |
| 1 | N/A | N/A | Custom Computer | $ | 999.99 | $ | 999.99 |
| 7 | Netgear | GS105 | Netgear GS105 5port Gigabit Switch | $ | 37.99 | $ | 265.93 |
| 1 | Netgear | GS752TP | 48 Port POE Gigabit Switch | $ | 529.99 | $ | 529.99 |
| 1 | Panasonic | NB-G110P | Panasonic FlashXpress NB-G110P | $ | 112.99 | $ | 112.99 |
| 1 | Sonicwall | TZ500 | Sonicwall TZ500 Firewall | $ | 1,250.00 | $ | 1,250.00 |
| 4 | Specte | E248W | 24" LED Monitor | $ | 109.99 | $ | 439.96 |
| 1 | TCL | 4-Series | TLC 55" 4k Smart TV | $ | 349.99 | $ | 349.99 |
| 1 | Toshiba | N/A | 65" Toshiba LED 4k TV | $ | 599.99 | $ | 599.99 |
| 1 | Ubiquiti | HD AC150 | Amplifi Mesh Router System | $ | 349.99 | $ | 349.99 |
| 2 | Zebra | ZT410 | Zebra ZT410 Industreal Thermal Barcode Printer | $ | 1,659.00 | $ | 3,318.00 |
| 3 | Zebra | GC420D | Direct Thermal Printer | $ | 300.00 | $ | 900.00 |
| 2 | Zmodo | N/A | Zmodo 4 Channel HD Wireless Cam System | $ | 179.99 | $ | 359.98 |
| | | | Total: | | | $ | 47,756.08 |

Exhibit 2
Page 1 of 1

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

Debtor name **Fizz & Bubble, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **19-34092-tmb11**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| **2.1** **Bruce Wood, LLC** | Describe debtor's property that is subject to a lien | **$300,000.00** | **$0.00** |
| --- | --- | --- | --- |
| Creditor's Name | **Secured Note against all assets -** | | |
| **Attn: Bruce Wood**<br>**0932 SW Palatine Hill Rd.**<br>**Portland, OR 97219** | **Subordinated; Wholly unsecured** | | |
| Creditor's mailing address | | | |
| | Describe the lien | | |
| | **Secured Note** | | |
| **glennjsmith@yahoo.com** | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an**<br>**interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| **2.2** **Capital Funding ASAP, LLC** | Describe debtor's property that is subject to a lien | **$217,125.00** | **$0.00** |
| --- | --- | --- | --- |
| Creditor's Name | **All Assets - Subordinated** | | |
| | **UCC #92032769** | | |
| **695 Cross Street**<br>**Lakewood, NJ 08701** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Marketplace Loan** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| **9/19/19  (UCC FILED)** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an**<br>**interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Connie Smith** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**0932 SW Palatine Hill Rd**
**Portland, OR 97219**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Secured Note against all assets -**
**Subordinated; Wholly unsecured**

**Describe the lien**
**Secured Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Decathlon Alpha III, LP** | Describe debtor's property that is subject to a lien | $9,000,000.00 | $946,909.07 |
|---|---|---|---|---|

Creditor's Name

**Attn: John Borchers**
**1441 West Ute Blvd, Suite 240**
**Park City, UT 84098**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets - First position**
**UCC #91676432**

**Describe the lien**
**Revenue Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/21/18 (UCC Filed)**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Diane Humke** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**32272 Apple Valley Rd**
**Scappoose, OR 97056**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Secured Note against all assets -**
**Subordinated; Wholly unsecured**

**Describe the lien**
**Secured Note**

**Is the creditor an insider or related party?**
■ No

**dhumke@gmail.com**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| Debtor | **Fizz & Bubble, LLC** | Case number (if know) | **19-34092-tmb11** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Erik Piper** | Describe debtor's property that is subject to a lien | **$100,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Secured Note against all assets - Subordinated; Wholly unsecured** | | |

**4032 SE Ogden Street
Portland, OR 97202**

Creditor's mailing address

Describe the lien
**Secured Note**

**erikpiper@fizzandbubble.com**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Kenneth Humke** | Describe debtor's property that is subject to a lien | **$100,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Secured Note against all assets - Subordinated; Wholly unsecured** | | |

**1432 SE 72nd Ave
Portland, OR 97015**

Creditor's mailing address

Describe the lien
**Secured Note**

**Is the creditor an insider or related party?**

**dhumke@gmail.com**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.8 | **Queen Funding, LLC** | Describe debtor's property that is subject to a lien | **$530,437.00** | **$0.00** |
|---|---|---|---|---|

---

Creditor's Name

**Attn: Jordan Jenson**
**101 Chase Ave, Suite 208**
**Lake Wood, NJ 08701**
Creditor's mailing address

**Secured Note against all assets -**
**Subordinated; Wholly unsecured**

**Describe the lien**
**Marketplace Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Unique Funding Solutions, LLC** | | **Describe debtor's property that is subject to a lien** | $671,428.00 | $0.00 |

Creditor's Name

**Attn: Jordan Jenson**
**2715 Coney Island Ave**
**Brooklyn, NY 11235**
Creditor's mailing address

**Secured Note against all assets -**
**Subordinated; Wholly unsecured**

**Describe the lien**
**Marketplace Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Valerie Humke** | | **Describe debtor's property that is subject to a lien** | $100,000.00 | $0.00 |

Creditor's Name

**1919 NW 87th Circle**
**Vancouver, WA 98665**
Creditor's mailing address

**Secured Note against all assets -**
**Subordinated; Wholly unsecured**

**Describe the lien**
**Secured Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**dhumke@gmail.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|---|
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 1 | **WG Fund, LLC** | Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Secured Note against all assets - Subordinated; Wholly unsecured** | | |
| | **Attn: Jordan Jenson 1980 Swarthmore Ave Lakewood, NJ 08701** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Marketplace Loan** | | |
| | **jordan@capitalfundingasap .com** | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $11,668,990.00 |
|---|---|---|

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital Funding ASAP LLC 125 Pearl St New York, NY 10038** | Line **2.2** | |
| **Capital Funding ASAP, LLC c/o Isaac Greenfield, Esq. 26 Broadway, Suite 375 New York, NY 10004** | Line **2.2** | |
| **Decathlon Alpha III, LP c/o The Corporation Trust Company,RA 780 Commercial St SE Ste 100 Salem, OR 97301** | Line **2.4** | |
| **Decathlon Alpha III, LP c/o The Corporation Trust Company, RA Corp Trust Ctr - 1209 Orange St Wilmington, DE 19801** | Line **2.4** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

**Queen Funding, LLC**
**c/o Joe Liberman, Esq.**
**101 Chase Ave, Ste 208**
**Lakewood, NJ 08701**

Line  **2.8**

**Fill in this information to identify the case:**

Debtor name    **Fizz & Bubble, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **19-34092-tmb11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Amaya, Daniel**<br>**1048 McKinley St**<br>**Woodburn, OR 97071** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,691.37 | $2,483.37 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $1,261.37 Non-Priority Sick & Vacation:**<br>**$208.00 Priority Sick & Vacation: $1,222.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Anthony, Wesley**<br>**1425 SW Zurich St #304**<br>**Wilsonville, OR 97070** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,543.00 | $3,043.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $1,543.00 Non-Priority Sick & Vacation:**<br>**$1,500.00 Priority Sick & Vacation: $1,500.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.73 | $259.73 |
|---|---|---|---|---|

**Baldovinos, Jennifer**
**1824 32nd Ave NE**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $259.73 Non-Priority Sick & Vacation: $0.00 Priority Sick & Vacation: $0.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.48 | $1,094.48 |
|---|---|---|---|---|

**Baldovinos, Udelia**
**1824 32nd Ave NE**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,001.73 Non-Priority Sick & Vacation: $0.00 Priority Sick & Vacation: $92.75**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,603.51 | $3,728.51 |
|---|---|---|---|---|

**Barnes, Taylor**
**385 NW Lost Springs Ter Unit 305**
**Portland, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,853.51 Non-Priority Sick & Vacation: $1,875.00 Priority Sick & Vacation: $1,875.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,267.70 | $4,906.73 |
|---|---|---|---|---|

**Brown, Jordan**
**8736 SW Lodi Lane**
**Portland, OR 97224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $2,545.77 Non-Priority Sick & Vacation: $2,360.96 Priority Sick & Vacation: $2,360.96**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,397.31** | **$1,092.56** |
|---|---|---|---|---|---|
| | **Chiquito Chavez, Claudia A**<br>**1300 N 2nd St Apartment B201**<br>**Woodburn, OR 97071** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $867.31 Non-Priority Sick & Vacation:**<br>**$304.75 Priority Sick & Vacation: $225.25** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|
| | **City of Wilsonville**<br>**29799 SW Town Center Loop E**<br>**Wilsonville, OR 97070** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**2018/2019 Transit Tax** | | | |
| | Last 4 digits of account number **4093** | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$2,080.50** | **$1,539.00** |
|---|---|---|---|---|---|
| | **Coria Molina, Jose**<br>**4495 Pacifica Way NE apartment**<br>**202**<br>**Salem, OR 97305** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $940.50 Non-Priority Sick & Vacation:**<br>**$541.50 Priority Sick & Vacation: $598.50** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$2,097.11** | **$1,313.11** |
|---|---|---|---|---|---|
| | **Cortez, Raquel**<br>**3614 Fisher Rd. NE Apt. #114**<br>**Salem, OR 97305** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $808.31 Non-Priority Sick & Vacation:**<br>**$784.00 Priority Sick & Vacation: $504.80** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

Case 19-34092-tmb11      Doc 80      Filed 12/04/19

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,043.77** | **$2,455.77** |
|---|---|---|---|---|

**Cruz, Cynthia**
**1274 5th street Apt. #22-C**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,517.77 Non-Priority Sick & Vacation: $588.00 Priority Sick & Vacation: $938.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,975.97** | **$2,432.72** |
|---|---|---|---|---|

**Etor, Oscar**
**3758 Amber St NE 102**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,531.72 Non-Priority Sick & Vacation: $543.25 Priority Sick & Vacation: $901.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,844.38** | **$2,287.88** |
|---|---|---|---|---|

**Etor, Violeta**
**3758 Amber St NE 102**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,400.13 Non-Priority Sick & Vacation: $556.50 Priority Sick & Vacation: $887.75**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,536.57** | **$2,447.57** |
|---|---|---|---|---|

**Fuller, Marty**
**7717 SE Ellis St**
**Portland, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,061.57 Non-Priority Sick & Vacation: $1,089.00 Priority Sick & Vacation: $1,386.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,180.85** | **$1,180.85** |

| | **Garcia Garcia, Stephanie**<br>**19635 SW 67th Ave**<br>**Tualatin, OR 97062** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages:  $1,180.85  Non-Priority Sick & Vacation: $0.00  Priority Sick & Vacation:  $0.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,301.48** | **$783.48** |

**Garza, Irene**
**2233 Allan Ave**
**Hubbard, OR 97032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $335.48  Non-Priority Sick & Vacation: $518.00  Priority Sick & Vacation:  $448.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,860.46** | **$5,091.23** |

**Graniti, Craig**
**1251 NW Meadows Dr**
**McMinnville, OR 97128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $2,245.08  Non-Priority Sick & Vacation: $1,769.23  Priority Sick & Vacation:  $2,846.15**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,037.34** | **$2,507.34** |

**Gregory, Irma**
**353 Palm Avenue**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $1,540.09  Non-Priority Sick & Vacation: $530.00  Priority Sick & Vacation:  $967.25**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,122.87 | $3,738.87 |
|------|------|------|------|------|

**Hannon, Makey**
**2222 SW Vermont St**
**Portland, OR 97219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,464.87 Non-Priority Sick & Vacation: $384.00 Priority Sick & Vacation: $2,274.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,636.81 | $7,029.54 |
|------|------|------|------|------|

**Harris, Maggie**
**6814 SW 114th Ave**
**Portland, OR 97266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $3,422.27 Non-Priority Sick & Vacation: $3,607.27 Priority Sick & Vacation: $3,607.27**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.87 | $1,555.87 |
|------|------|------|------|------|

**Hart, Zac**
**7340 SE DIvision St**
**Portland,OR, OR 97206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,225.87 Non-Priority Sick & Vacation: $0.00 Priority Sick & Vacation: $330.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,529.39 | $1,827.14 |
|------|------|------|------|------|

**Hernandez, Angelica**
**4872 Nicks CT NE**
**Salem, OR 97301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,005.64 Non-Priority Sick & Vacation: $702.25 Priority Sick & Vacation: $821.50**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 19-34092-tmb11      Doc 80      Filed 12/04/19

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.89 | $711.89 |
|---|---|---|---|---|

**Hernandez, Denise**
**4872 Nicks CT NE**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $89.14 Non-Priority Sick & Vacation:**
**$0.00  Priority Sick & Vacation:  $622.75**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.34 | $1,384.34 |
|---|---|---|---|---|

**Hernandez, Joselyn**
**1580 Newberg Hwy**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $796.84 Non-Priority Sick & Vacation:**
**$0.00  Priority Sick & Vacation:  $587.50**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,575.26 | $2,552.26 |
|---|---|---|---|---|

**Holterman, Glenn**
**PO Box 941**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $1,529.26 Non-Priority Sick & Vacation:**
**$1,023.00  Priority Sick & Vacation:  $1,023.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IRS**
**Attn: Attorney General of United**
**States**
**10th Constitution NW #4400**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **IRS**<br>**Attn: Civil Process Clerk**<br>**U.S. Attorney, District of Oregon**<br>**1000 SW 3rd, #600**<br>**Portland, OR 97204-2936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **IRS**<br>**Centralized Insolvency Operation**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,659.51 | $2,262.01 |
|---|---|---|---|---|
| | **Kraskov, Varvara**<br>**32636 S Meridian Rd**<br>**Woodburn, OR 97071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $963.51 Non-Priority Sick & Vacation:**<br>**$397.50 Priority Sick & Vacation: $1,298.50** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6,096.66 | $4,366.26 |
|---|---|---|---|---|
| | **Lamm, Shaunessi**<br>**4224 SE 29th Ave**<br>**Portland, OR 97202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $2,635.86 Non-Priority Sick & Vacation:**<br>**$1,730.40 Priority Sick & Vacation: $1,730.40** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,273.08** | **$1,660.33** |
| --- | --- | --- | --- | --- |

**2.31**

Priority creditor's name and mailing address
**Lute, Jason**
**1 River Loft Apt 79**
**Tualatin, OR 97062**

As of the petition filing date, the claim is: **$2,273.08** **$1,660.33**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $456.20 Non-Priority Sick & Vacation: $612.75 Priority Sick & Vacation: $1,204.13**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address
**Machic De Satey, Maria**
**669 Young St Apt 404**
**Woodburn, OR 97071**

As of the petition filing date, the claim is: **$2,674.22** **$2,051.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $819.22 Non-Priority Sick & Vacation: $622.75 Priority Sick & Vacation: $1,232.25**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33**

Priority creditor's name and mailing address
**Maratas, Gertrudes**
**2040 Carleton Way NE Salem**
**Salem, OR 97301**

As of the petition filing date, the claim is: **$3,097.09** **$2,540.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,599.84 Non-Priority Sick & Vacation: $556.50 Priority Sick & Vacation: $940.75**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34**

Priority creditor's name and mailing address
**Maravilla, Alexandria**
**450 S Pine St Apt G104**
**Canby, OR 97013**

As of the petition filing date, the claim is: **$2,214.89** **$2,077.39**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,142.39 Non-Priority Sick & Vacation: $137.50 Priority Sick & Vacation: $935.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.38 | $1,258.13 |
|------|---|---|---|---|
| | **Martinez, Miguel**<br>**29527 SW Meadows Loop Apt 16**<br>**Wilsonville, OR 97070** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $403.13 Non-Priority Sick & Vacation:**<br>**$242.25 Priority Sick & Vacation: $855.00** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,691.61 | $1,870.11 |
|------|---|---|---|---|
| | **Martinez, Salomon**<br>**3497 Linda St**<br>**Woodburn, OR 97071** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $545.11 Non-Priority Sick & Vacation:**<br>**$821.50 Priority Sick & Vacation: $1,325.00** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.08 | $242.08 |
|------|---|---|---|---|
| | **Mateo, Norma**<br>**350 Sycamore Ave**<br>**Woodburn, OR 97071** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $242.08 Non-Priority Sick & Vacation:**<br>**$0.00 Priority Sick & Vacation: $0.00** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,562.45 | $2,032.45 |
|------|---|---|---|---|
| | **Monroy, Jesus**<br>**7762 SW Roanoke Dr**<br>**Wilsonville, OR 97070** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $1,330.20 Non-Priority Sick & Vacation:**<br>**$530.00 Priority Sick & Vacation: $702.25** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,621.68 | $1,251.18 |

**Nelson, Maria Carmen**
**25604 SW Canyon Creek Rd T102**
**Wilsonville, OR 97070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $823.68 Non-Priority Sick & Vacation:**
**$370.50  Priority Sick & Vacation:  $427.50**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**ODR**
**ATTN: Bankruptcy Unit**
**955 Center St NE**
**Salem, OR 97301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**ODR**
**c/o Ellen Rosenblum, Attorney**
**General**
**Oregon Department of Justice**
**1162 Court St, NE**
**Salem, OR 97301-4096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.85 | $351.85 |

**Ortiz, Juan**
**624 Tierra Drive NE**
**Salem, OR 97301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $351.85 Non-Priority Sick & Vacation:**
**$0.00  Priority Sick & Vacation:  $0.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,274.69 | $1,775.94 |
|---|---|---|---|---|

**Palmero, Dayana**
**3033 Stortz Ave NE**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $920.94 Non-Priority Sick & Vacation: $498.75 Priority Sick & Vacation: $855.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,980.62 | $2,693.62 |
|---|---|---|---|---|

**Perez Figueroa, Marta**
**3809 48th Ave Ne**
**Salem, OR 97305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,484.62 Non-Priority Sick & Vacation: $1,287.00 Priority Sick & Vacation: $1,209.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.82 | $373.82 |
|---|---|---|---|---|

**Perez Rivas, Michell K.**
**119 Elma Ave SE**
**Salem, OR 97317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $373.82 Non-Priority Sick & Vacation: $0.00 Priority Sick & Vacation: $0.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,048.28 | $2,058.28 |
|---|---|---|---|---|

**Phillips, Jamie**
**3101 Aldersgate Dr**
**Newberg, OR 97132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,068.28 Non-Priority Sick & Vacation: $990.00 Priority Sick & Vacation: $990.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.82 | $247.82 |
|---|---|---|---|---|
| | **Poll, Sharisa**<br>**12061 SW Tualatin Rd #532**<br>**Tualatin, OR 97062** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $247.82 Non-Priority Sick & Vacation:**<br>**$0.00 Priority Sick & Vacation: $0.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,094.95 | $1,568.45 |
|---|---|---|---|---|
| | **Polushkin, Kelina**<br>**8018 Waconda RD NE**<br>**Salem, OR 97305** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $663.95 Non-Priority Sick & Vacation:**<br>**$526.50 Priority Sick & Vacation: $904.50** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,077.12 | $2,310.12 |
|---|---|---|---|---|
| | **Pua, Cynthia**<br>**PO Box 1432**<br>**Wilsonville, OR 97070** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $1,130.12 Non-Priority Sick & Vacation:**<br>**$767.00 Priority Sick & Vacation: $1,180.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,038.37 | $2,297.37 |
|---|---|---|---|---|
| | **Pua, Sammy**<br>**PO Box 1432**<br>**Wilsonville, OR 97070** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages: $1,100.37 Non-Priority Sick & Vacation:**<br>**$741.00 Priority Sick & Vacation: $1,197.00** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.92 | $177.92 |
|------|---|---|---|---|

**Radilla, Robert**
**428 5th St.**
**Dayton, OR 97114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $177.92 Non-Priority Sick & Vacation: $0.00 Priority Sick & Vacation: $0.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,856.48 | $2,254.48 |
|------|---|---|---|---|

**Rickard, Beckie**
**835 SE 1st Ave**
**Canby, OR 97013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,694.48 Non-Priority Sick & Vacation: $602.00 Priority Sick & Vacation: $560.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,590.82 | $3,606.82 |
|------|---|---|---|---|

**Rodriguez, Brian**
**509 N Harrison St**
**Newberg, OR 97132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $2,790.82 Non-Priority Sick & Vacation: $984.00 Priority Sick & Vacation: $816.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,410.02 | $1,330.52 |
|------|---|---|---|---|

**Romero, Jose**
**415 Toliver Rd E1**
**Molalla, OR 97038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $919.77 Non-Priority Sick & Vacation: $79.50 Priority Sick & Vacation: $410.75**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.02 | $1,330.52 |
|---|---|---|---|---|

**Romero, Luis**
**415 Toliver Rd E1**
**Molalla, OR 97038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $919.77 Non-Priority Sick & Vacation: $79.50  Priority Sick & Vacation:  $410.75**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 | $6,500.00 |
|---|---|---|---|---|

**Rudolph, Kim**
**2236 NW Pinnacle Drive**
**Portland, OR 97229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $6,500.00 Non-Priority Sick & Vacation: $0.00  Priority Sick & Vacation:  $0.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,712.86 | $2,182.86 |
|---|---|---|---|---|

**Sanchez Gallardo, Blanca**
**250 S Locust St Apt 8**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $1,732.36 Non-Priority Sick & Vacation: $530.00  Priority Sick & Vacation:  $450.50**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,809.17 | $1,809.17 |
|---|---|---|---|---|

**Sanchez, Avidan**
**13944 Hito Ln NE**
**Aurora, OR 97002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $1,309.17 Non-Priority Sick & Vacation: $0.00  Priority Sick & Vacation:  $500.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,810.57 | $2,201.07 |
|---|---|---|---|---|

**Satey - Machic, Ana**
**669 Young street Apt 404**
**Woodburn, OR 97071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $823.07 Non-Priority Sick & Vacation: $609.50 Priority Sick & Vacation: $1,378.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,896.14 | $2,336.14 |
|---|---|---|---|---|

**Satey Machic, Catarina**
**669 Young street Apt 404**
**Woodburn, OR 97071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $936.14 Non-Priority Sick & Vacation: $560.00 Priority Sick & Vacation: $1,400.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,180.85 | $1,180.85 |
|---|---|---|---|---|

**Sevariano Bailon, Alejandro**
**19635 SW 67th Ave**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,180.85 Non-Priority Sick & Vacation: $0.00 Priority Sick & Vacation: $0.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,267.42 | $1,750.67 |
|---|---|---|---|---|

**Simmons, Jonathan**
**1916 Warner St**
**salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,353.17 Non-Priority Sick & Vacation: $516.75 Priority Sick & Vacation: $397.50**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,022.10 | $2,154.10 |
|------|---|---|---|---|

**Small, Mark**
**28440 Highland Circle**
**Wilsonville, OR 97070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $950.10 Non-Priority Sick & Vacation: $868.00 Priority Sick & Vacation: $1,204.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | | $2,607.46 | $2,156.96 |
|------|---|---|---|---|

**Snegirev, Lisa**
**30330 S Molalla Avenue**
**Molalla, OR 97038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,163.21 Non-Priority Sick & Vacation: $450.50 Priority Sick & Vacation: $993.75**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | | $1,881.92 | $1,266.92 |
|------|---|---|---|---|

**Soto, Hisabel**
**988 Alder Lane**
**Woodburn, OR 97071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $141.92 Non-Priority Sick & Vacation: $615.00 Priority Sick & Vacation: $1,125.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | | Unknown | $0.00 |
|------|---|---|---|---|

**State of Oregon**
**Employment Dept.**
**875 Union Street NE**
**Salem, OR 97311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2018/2019 Employment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State of Oregon**
**Dept of Consumer & Business**
**Svcs**
**PO Box 14480**
**Salem, OR 97309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$113,250.82** | **$0.00** |
|---|---|---|---|---|

**State of Oregon BOLI**
**800 NE Oregon St., Ste 1045**
**Portland, OR 97232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Assigned wage claims**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,077.62** | **$2,494.62** |
|---|---|---|---|---|

**Stenzel, Larry**
**1200 NE Terrirorial Rd #53**
**Canby, OR 97002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,633.37 Non-Priority Sick & Vacation:**
**$583.00 Priority Sick & Vacation: $861.25**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,414.59** | **$2,295.34** |
|---|---|---|---|---|

**Topete, Gabriela**
**4557 Shipps PL NE**
**Salem, OR 97305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $784.84 Non-Priority Sick & Vacation:**
**$119.25 Priority Sick & Vacation: $1,510.50**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,039.47 | $3,206.97 |
|---|---|---|---|---|

**Torres, Jessica**
**753 Leasure Street**
**Woodburn, OR 97071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,079.47 Non-Priority Sick & Vacation:**
**$832.50 Priority Sick & Vacation: $2,127.50**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,691.66 | $3,557.09 |
|---|---|---|---|---|

**Valdovinos, Erik**
**259 S Sequoia Parkway Apt C20**
**Canby, OR 97013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,384.10 Non-Priority Sick & Vacation:**
**$1,134.57 Priority Sick & Vacation: $2,172.99**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.66 | $896.66 |
|---|---|---|---|---|

**Valdovinos, Juan**
**3809 48th Ave NE**
**Salem, OR 97305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $870.16 Non-Priority Sick & Vacation:**
**$0.00 Priority Sick & Vacation: $26.50**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,654.41 | $2,203.91 |
|---|---|---|---|---|

**Valdovinos, Kelsey**
**3809 48th Ave NE**
**Salem, OR 97305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $988.88 Non-Priority Sick & Vacation:**
**$450.50 Priority Sick & Vacation: $1,215.03**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,493.03** | **$2,395.03** |

**Valdovinos-Perez, Yesenia**
**4495 Pacifica Way NE Apt #202**
**Salem, OR 97305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $1,279.03 Non-Priority Sick & Vacation:**
**$1,098.00  Priority Sick & Vacation:  $1,116.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,743.55** | **$1,187.05** |

**Vasquez, Guadencio**
**669 Young Street #403**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $233.05 Non-Priority Sick & Vacation:**
**$556.50  Priority Sick & Vacation:  $954.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,096.06** | **$1,539.56** |

**Vasquez, Herminia**
**669 Young Street #403**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $241.06 Non-Priority Sick & Vacation:**
**$556.50  Priority Sick & Vacation:  $1,298.50**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,156.87** | **$2,386.87** |

**Whitehouse, Daniel**
**PO Box 82582**
**Portland,, OR 97282**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages:  $916.87 Non-Priority Sick & Vacation:**
**$770.00  Priority Sick & Vacation:  $1,470.00**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

**Wilson, Matthew**
**3330 Panorama Drive**
**Redding, CA 96003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $5,000.00 Non-Priority Sick & Vacation: $0.00 Priority Sick & Vacation: $0.00**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,039.37 | $2,588.87 |
|---|---|---|---|---|

**Yang, Samantha**
**236 Burl St**
**Newberg, OR 97132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages: $1,237.37 Non-Priority Sick & Vacation: $450.50 Priority Sick & Vacation: $1,351.50**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,690.00 |
|---|---|---|---|

**Advanced Process Systems**
**508 Danby Ct**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,660.32 |
|---|---|---|---|

**Alliance Packaging**
**6415 NE Jacobson St.**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Arctic Glacier**
**PO Box 856530**
**minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** __0965__

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,788.22 |

**Ariba, Inc.**
PO Box 642962
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor - Portal__

Last 4 digits of account number  __9102__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,914.24 |

**Astro Nova**
PO Box 842554
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,309.72 |

**Batory Foods**
Dept LA 24922
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,866.39 |

**Bullard Law**
200 SW Market Street, Suite 1900
Portland, OR 97201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number  __9142__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.50 |

**Bullard Law**
200 Market Street, Suite 1900
Portland, OR 97201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor/Lawyers__

Last 4 digits of account number  __9141__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,567.00 |

**Bullivant Houser Bailey PC**
Attn: John Kreutzer
888 SW 5th Ave # 300
Portland, OR 97204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,045.00 |

**Cascade Fruit Marketing**
30470 SW Parkway Ave Ste A
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number  __3786__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| Debtor | **Fizz & Bubble, LLC** | Case number (if known) | **19-34092-tmb11** |
|---|---|---|---|

| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,098.26** |
|---|---|---|---|

**Chempoint**
411 108th Ave NE
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __5004__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,755.09** |
|---|---|---|---|

**Clear Bags**
4949 Windplay Dr. #100
El Dorado Hills, CA 95762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$753.55** |
|---|---|---|---|

**Comcast Business 5970**
PO Box 37601
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility/Phones__

Last 4 digits of account number __5970__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,763.59** |
|---|---|---|---|

**Container and Packaging**
1345 East State Street
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __0239__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,962.15** |
|---|---|---|---|

**Coulter Printing**
8855 SW Holly Ln suite 112
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __2668__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$731.38** |
|---|---|---|---|

**Craftsman Label**
13101 SE 84th Ave Suite B
Clackamas, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,294.38** |
|---|---|---|---|

**Crossmark**
PO Box 844403
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 19-34092-tmb11     Doc 80     Filed 12/04/19

| Debtor | **Fizz & Bubble, LLC** | Case number (if known) | **19-34092-tmb11** |
|--------|------------------------|------------------------|--------------------|
|        | Name                   |                        |                    |

| | |
|---|---|
| **3.18** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**3.18**    Nonpriority creditor's name and mailing address
**Culligan Portland**
**3728 E Longfellow Ave Suite 1**
**Spokane, WA 99217**

Date(s) debt was incurred _
Last 4 digits of account number **6529**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor - Precautionary**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19**    Nonpriority creditor's name and mailing address
**De Lage landen**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Additional Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20**    Nonpriority creditor's name and mailing address
**Direct Link**
**PO Box 880**
**Canby, OR 97013**

Date(s) debt was incurred _
Last 4 digits of account number **5500**

As of the petition filing date, the claim is: Check all that apply.     **$172.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility/Internet**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21**    Nonpriority creditor's name and mailing address
**Elena Foley Consulting**
**10104 NW Engleman St**
**Portland, OR 97229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$10,725.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consultant**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22**    Nonpriority creditor's name and mailing address
**Ernest Packaging Solutions**
**9255 NE Alderwood Rd**
**Portland, OR 97220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23**    Nonpriority creditor's name and mailing address
**Estes**
**PO Box 25612**
**Richmond, VA 23260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$6,058.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/judgment**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24**    Nonpriority creditor's name and mailing address
**Excel Packaging**
**11799 Jersey Boulevard**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$2,970.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,783.14** |
|---|---|---|---|
| | **Experis**<br>**10260 SW Greenburg Rd Suite 500**<br>**Portland, OR 97223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor/Legal__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$451,703.10** |
|---|---|---|---|
| | **Express Services**<br>**PO Box 4427**<br>**Portland, OR 97208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2201** | Basis for the claim: __Vendor - judgment__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|
| | **Fasttrack Export**<br>**3145 Medlock Bridge Rd**<br>**Norcross, GA 30071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$932.44** |
|---|---|---|---|
| | **Fed Ex**<br>**PO Box 7221**<br>**Pasadena, CA 90019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9974** | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370.03** |
|---|---|---|---|
| | **First Choice Coffee Company**<br>**313 SE Yamhill**<br>**Portland, OR 97214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2554** | Basis for the claim: __Vendor/Coffee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|
| | **Frank Recruitment Group**<br>**110 William St Fl 21**<br>**New York, NY 10038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Legal__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,377.25** |
|---|---|---|---|
| | **Frontier Labels**<br>**340 Interstate Blvd**<br>**Greenville, SC 29615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
| --- | --- | --- | --- |

**GeffenMesher**
888 SW 5th Ave, Suite 800
Portland, OR 97204

Date(s) debt was incurred _

Last 4 digits of account number  **6617**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accountants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | | $19,123.14 |
| --- | --- | --- | --- |

**Genesis Specialty Alkali LLC**
PO Box 91334
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number  **8584**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | | $137.00 |
| --- | --- | --- | --- |

**Golson Scruggs**
10998 SW 68th Parkway
Portland, OR 97223

Date(s) debt was incurred _

Last 4 digits of account number  **7930**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | | $35,000.00 |
| --- | --- | --- | --- |

**Harsch Investment Property**
1620 SW Taylor, Suite 300
Portland, OR 97205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | | $0.00 |
| --- | --- | --- | --- |

**Health Net of Oregon**
PO Box 749393
Los Angeles, CA 97070

Date(s) debt was incurred _

Last 4 digits of account number  **490A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Ins. - Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | | $57,387.66 |
| --- | --- | --- | --- |

**IDL Worldwide**
PO Box 536642
Pittsburg, PA 15253

Date(s) debt was incurred _

Last 4 digits of account number  **9738**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | | $129,737.62 |
| --- | --- | --- | --- |

**IPT**
PO Box 206918
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number  **3866**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Legal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,500.25** |
|---|---|---|---|
| | **JDR Consulting**<br>**13175 SW Dartmoor Ct**<br>**Beaverton, OR 97008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,242.20** |
|---|---|---|---|
| | **Jogue**<br>**PO Box 190**<br>**Northville, MI 48167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,760.00** |
|---|---|---|---|
| | **Jungbunzlauer**<br>**PO Box 845899**<br>**Boston, MA 02284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|
| | **Klaviyo Inc**<br>**225 Franklin St**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Liberty Mutual Insurance**<br>**PO Box 85834**<br>**San Diego, CA 92186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Commercial/Auto Ins - Precautionary** | |
| | Last 4 digits of account number **9460** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **LifeMap**<br>**PO BOX 1650**<br>**Milwaukee, WI 53201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Dental Ins. - Precautionary** | |
| | Last 4 digits of account number **7961** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,971.55** |
|---|---|---|---|
| | **LTK LLC**<br>**5648 Evans Valley Loop Road NE**<br>**Silverton, OR 97381** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| Debtor | **Fizz & Bubble, LLC** | Case number (if known) | **19-34092-tmb11** |
|---|---|---|---|

Name

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,907.14** |
|---|---|---|---|

**Lucks**
P.O. Box 84192
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number __8124__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,385.00** |
|---|---|---|---|

**Material Flow & Conveyor**
21150 Butteville Rd NE
Donald, OR 97020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,133.66** |
|---|---|---|---|

**Michael Scot Krueger**
21 Hunter Point
Pomona, CA 91766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor/Contract ex employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$362.18** |
|---|---|---|---|

**Molalla Sanitary Service Inc**
820 7th St
Oregon City, OR 97045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility__

Last 4 digits of account number __9000__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185,015.00** |
|---|---|---|---|

**Now CFO**
5251 S Green Street, Suite 350
Murray, UT 84123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor/Legal__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105,000.00** |
|---|---|---|---|

**OMEP**
7650 SW Beveland Street, Suite 170
Portland, OR 97223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor/Legal__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,083.69** |
|---|---|---|---|

**OpenText**
29144 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor/Portal__

Last 4 digits of account number __7882__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,200.00** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**ORC International**
**902 Carnegie Center, Suite 200**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98,356.25** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**Oswego Fiancial Services**
**0932 SW Palatine Hill Road**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,812.85** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**Pacific Trading Inland, INC**
**PO Box 786**
**Gladstone, OR 97027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Shipping Compnay__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$691.05** |
|------|--------------------------------------------------|--------------------------------------------------------------------|--------------|

**Personnel Concepts**
**Compliance Service Dept**
**PO Box 5750**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number __6662__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,730.15** |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**PGE**
**PO Box 4438**
**Portland, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number __5045__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,348.37** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**PGE**
**PO Box 4438**
**Portland, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number __2723__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility (Molalla Site)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,004.79** |
|------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**PGE**
**P.O. Box 4438**
**Portland, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number __1000__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,920.75 |
|---|---|---|---|

**Practical Baker**
600 Chippewa Rd
Harvard, IL 60033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,546.61 |
|---|---|---|---|

**Precision Products**
281 Young Harris St Suite D PMB 273
Blairsville, GA 30512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __legal__

Last 4 digits of account number __2602__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,240.50 |
|---|---|---|---|

**Premier Press**
5000 N Basin Ave
Portland, OR 97217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $856.86 |
|---|---|---|---|

**Pride Disposal Company**
PO Box 820
Sherwood, OR 97140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility/Garbage__

Last 4 digits of account number __7925__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Professional Image**
12437 East 60th Street
Tulsa, OK 74146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal - Precautionary__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,620.20 |
|---|---|---|---|

**Republic Services**
10295 SW Ridder Road
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number __7834__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $519.60 |
|---|---|---|---|

**Republic Services**
PO Box 455
Pheonix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility/Garbage__

Last 4 digits of account number __9650__

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|
| | **Robert Hass Accounting Firm** <br> **21925 Field Parkway Suite 100** <br> **Deer Park, IL 60010** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor/Garbage** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.69** |
|---|---|---|---|
| | **Rose City Label Co.** <br> **7235 SE Label Ln** <br> **Portland, OR 97206** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,219.20** |
|---|---|---|---|
| | **RPG** <br> **119 West 57th Street** <br> **New York, NY 10019** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,120.00** |
|---|---|---|---|
| | **S&M Moving Systems** <br> **PO Box 30846 Dept. 9046** <br> **Salt Lake City, UT 84130** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number  **A701** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,724.50** |
|---|---|---|---|
| | **Shay & Company** <br> **10639 SE Fuller Rd** <br> **Milwaukie, OR 97222** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,530.28** |
|---|---|---|---|
| | **Sidebar Legal** <br> **890 Cypress Avenue** <br> **Redding, CA 96001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,770.00** |
|---|---|---|---|
| | **Slamm Designs** <br> **4224 SE 29th Ave** <br> **Portland, OR 97202** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| | | |
|---|---|---|
| **3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Superior Vision**<br>PO Box 841343<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number **9501**

Basis for the claim: **Vision Insurance - Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Supply Source**<br>12402 SE Jennifer St. #190<br>Clackamas, OR 97015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$20,534.00**

Date(s) debt was incurred _

Last 4 digits of account number **0200**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Taurus Power & Controls**<br>9999 SW Avery St<br>Tualatin, OR 97062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$846.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Tonkon Torp LLP**<br>888 SW 5th Ave<br>Portland, OR 97204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$14,626.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Toyota Industries Commercial Finance Inc**<br>PO Box 9050<br>Flower Mound, TX 75022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Additional Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **TRACO Manufacturing, Inc.**<br>620 South 1325 West<br>Orem, UT 84058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$7,741.32**

Date(s) debt was incurred _

Last 4 digits of account number **0412**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Tractenberg**<br>116 East 16th Street 2nd floor<br>New York, NY 10003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$21,775.36**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor/Legal**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202,803.93** |
|---|---|---|---|

**Tricor Brands**
7931 NE Halsey St #101
Portland, OR 97213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,881.50** |
|---|---|---|---|

**Tyler Smith & Associates P.C.**
181 N Grant St. STE 212
Canby, OR 97013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,598.29** |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **4268**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,850.13** |
|---|---|---|---|

**Univar Inc.**
PO Box 409692
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,494.81** |
|---|---|---|---|

**UPS Freight**
28013 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **Y41R**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,195.44** |
|---|---|---|---|

**Visstun Cups & Containers**
6355 Sunset Corporate Dr
Las Vegas, NV 89120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **U322**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.57** |
|---|---|---|---|

**Wincrest Bulk Foods**
PO Box 44
Munnsville, NY 13409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,297.51 |
|---|---|---|---|

**YRC Freight**
**PO Box 730375**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5490**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zepak Corp.**
**9740 Hillman Court, Suite 220**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Vendor - Precautionary**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Davis Galm Law Firm**<br>**c/o Paul C. Galm, Esq**<br>**12220 SW First St**<br>**Beaverton, OR 97005** | Line  **3.22**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **De Lage Landen Financial Services, Inc.**<br>**c/o Corporation Service Company R/A**<br>**1127 Broadway St. Ste 310**<br>**Salem, OR 97301** | Line  **3.19**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Toyota Industries Commercial Finance Inc**<br>**c/o C T Corporation System, RA**<br>**780 Commercial St SE Ste 100**<br>**Salem, OR 97301** | Line  **3.78**<br><br>☐ Not listed. Explain _____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 310,140.99 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,040,327.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,350,468.78 |

Fill in this information to identify the case:

Debtor name **Fizz & Bubble, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **19-34092-tmb11**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of main office located at 27120 SW 95th Ave, Ste 3280, Wilsonville, OR;** |
| State the term remaining | |
| List the contract number of any government contract | **Harsch Investment Property**<br>**1620 SW Taylor, Suite 300**<br>**Portland, OR 97205** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Hobart A-200 Mixer S/N 31-1204-870 and accessories and Hobart A-200 Mixer S/N 31-1203-712; contract dated 8/6/18; $326.51 per month.** |
| State the term remaining | **46 months** |
| List the contract number of any government contract | **N/A**     **Hitachi Capital**<br>**7808 Creekridge Circle Ste 250**<br>**Edina, MN 55439** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Floor Mixer and Bun Sheet; $857.70 per month.** |
| State the term remaining | |
| List the contract number of any government contract | **Hitachi Capital**<br>**7808 Creekridge Circle Ste 250**<br>**Edina, MN 55439** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for Pre-Payment of goods in the amount of $1,800.000.00; as of 12/3/19 goods still due in the amount of $269,948.83.** |
| State the term remaining | **Kohl's**<br>**N56 W17000 Ridgewood Dr.**<br>**Menomonee Falls, WI 53051** |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Doosan S/N FBA11239001304 and Hannibal Pallet Racking (Forklift); contract dated 6/2/17; $633.17 per month.** | |
|---|---|---|---|
| | State the term remaining | **36 Months** | **Lease Direct** |
| | List the contract number of any government contract | **N/A** | **De Lage Landen Financial PO Box 41602 Philadelphia, PA 19101** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Doosan Material Handling Machine (Forklift) S/N FBA031350-01623; contract dated 2/5/19; $417.87 per month (includes late fees); normal payment is $396.66 per month** | |
|---|---|---|---|
| | State the term remaining | **31 Months** | **Lease Direct** |
| | List the contract number of any government contract | | **De Lage Landen Financial PO Box 41602 Philadelphia, PA 19101** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Konica Minolta C754e Copier System and Pitney Bowes DM125 Mailing Machine; contract dated 5/4/17; $531.00 per month plus overage fees.** | |
|---|---|---|---|
| | State the term remaining | **31 months** | **Pacific Office Automation** |
| | List the contract number of any government contract | **N/A** | **14747 NW Greenbrier Pkwy Beaverton, OR 97006** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Seal A Tron Shrink Wrap Machine; contract dated 6/18/18; $2,055.52 per month.** | |
|---|---|---|---|
| | State the term remaining | **44 months** | **Pawnee Leasing** |
| | List the contract number of any government contract | **N/A** | **3801 Automation Way Ste 207 Fort Collins, CO 80525** |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2019 International Dura Star 4300 SADC Dryvan Morgan Aluminum; contract dated 11/22/17; $1352.40 per month plus gas.** | |
|---|---|---|---|
| | State the term remaining | **30 months** | |
| | | | **Penske Truck Leasing** |
| | | | **PO Box 7429** |
| | List the contract number of any government contract | **N/A** | **Pasadena, CA 91109-7429** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Subaru Forester Vin # contract dated 10/27/17; $296.55 per month; matures 10/27/20** | |
|---|---|---|---|
| | State the term remaining | **12 months** | |
| | | | **Subaru** |
| | | | **PO Box 78058** |
| | List the contract number of any government contract | | **Phoenix, AZ 85062** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Toyota Pallet Jack Model 8HBW23 S/N 31173; contract dated 2/19/19; $129.82 per month.** | |
|---|---|---|---|
| | State the term remaining | **28 months** | |
| | | | **Toyota Commercial Finance** |
| | | | **PO Box 660926** |
| | List the contract number of any government contract | **N/A** | **Dallas, TX 75266-0926** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2019 Toyota Tundra Truck Vin #7393; contract dated 3/19/19; $683.39 per month.** | |
|---|---|---|---|
| | State the term remaining | **27 months** | |
| | | | **Toyota Financial Services** |
| | | | **PO Box 9490** |
| | List the contract number of any government contract | **N/A** | **Cedar Rapids, IA 52409** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of warehouse located at 10778 SW Manhasset Dr, Tualatin, OR; Month to Month** | |
|---|---|---|---|
| | State the term remaining | | **Tualatin Industrial Ventures** |
| | | | **c/o Chad M. Stokes, Esq** |
| | | | **Cable Huston LLP** |
| | List the contract number of any government contract | | **1455 SW Broadway, Ste 1500** |
| | | | **Portland, OR 97201** |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Date Coder; contract dated 1/18/18; $627.00 per month.** | |
|---|---|---|---|
| | State the term remaining | **39 months** | |
| | List the contract number of any government contract | **N/A** | **Video Jet**<br>**1500 N Mittel Blvd**<br>**Wood Dale, IL 60191** |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| 2.5 | Kimberly Ann Mitchell | 27120 SW 95th Ave Ste 3280 Wilsonville, OR 97070 | WG Fund, LLC | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Fizz & Bubble, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **19-34092-tmb11**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Beau Bain** | **27120 SW 95th Ave Ste 3280 Wilsonville, OR 97070** | **Capital Funding ASAP, LLC** | ■ D   **2.2** ☐ E/F ____ ☐ G ____ |
| 2.2 | **Kimberly Ann Mitchell** | **27120 SW 95th Ave Ste 3280 Wilsonville, OR 97070** | **Capital Funding ASAP, LLC** | ■ D   **2.2** ☐ E/F ____ ☐ G ____ |
| 2.3 | **Kimberly Ann Mitchell** | **27120 SW 95th Ave Ste 3280 Wilsonville, OR 97070** | **Decathlon Alpha III, LP** | ■ D   **2.4** ☐ E/F ____ ☐ G ____ |
| 2.4 | **Kimberly Ann Mitchell** | **27120 SW 95th Ave Ste 3280 Wilsonville, OR 97070** | **Unique Funding Solutions, LLC** | ■ D   **2.9** ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Fizz & Bubble, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **19-34092-tmb11**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 4, 2019**      X **/s/ Kimberly Ann Mitchell**
                                                     Signature of individual signing on behalf of debtor

                                                     **Kimberly Ann Mitchell**
                                                     Printed name

                                                     **Sole Member, Chief Creative Officer**
                                                     Position or relationship to debtor

Debtor name **Fizz & Bubble, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **19-34092-tmb11**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Income** | **$7,611,022.40** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Gross Income** | **$14,009,029.69** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Gross Income** | **$14,590,599.14** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Unique Funding Solutions, LLC** Attn: Jordan Jenson 2715 Coney Island Ave Brooklyn, NY 11235 | 8/1/19 - 10/31/19 | $58,550.58 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **WG Fund, LLC** Attn: Jordan Jenson 1980 Swarthmore Ave Lakewood, NJ 08701 | 8/1/19 - 10/31/19 | $176,700.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Capital Funding ASAP, LLC** 695 Cross Street Lakewood, NJ 08701 | 8/1/19 - 10/31/19 | $85,322.20 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Lease Direct** De Lage Landen Financial PO Box 41602 Philadelphia, PA 19101 | **ACH from bank account** Last 4 digits of account number: _____ | 12/3/19 | $25.00 |
| **Lease Direct** De Lage Landen Financial PO Box 41602 Philadelphia, PA 19101 | **ACH from bank account** Last 4 digits of account number: _____ | 12/4/19 | $596.63 |

Case 19-34092-tmb11   Doc 80   Filed 12/04/19

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Hitachi Capital**<br>**7808 Creekridge Circle Ste 250**<br>**Edina, MN 55439** | **ACH from bank account**<br>Last 4 digits of account number: _____ | **12/3/19** | **$1,438.92** |
| **Hitachi Capital**<br>**7808 Creekridge Circle Ste 250**<br>**Edina, MN 55439** | **ACH from bank account**<br>Last 4 digits of account number: _____ | **12/3/19** | **$3,638.22** |
| **Lease Direct**<br>**De Lage Landen Financial**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | **ACH from bank account**<br>Last 4 digits of account number: _____ | **11/19/19** | **$633.17** |
| **Lease Direct**<br>**De Lage Landen Financial**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | **ACH from bank account**<br>Last 4 digits of account number: _____ | **11/14/19** | **$25.00** |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Summit Staffing Solutions, Inc. v. Fizz & Bubble, LLC, Beau Bain, LLC and Craig Barnes**<br>**18CV10048** | **Breach of Contract** | **Clackamas County Circuit Court**<br>**Oregon City, OR 97045** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Fizz & Bubble, LLC v. Net.Finance LLC, Mark Garrison and Nancy J. Kinney**<br>**19CV40212** | **Injuntive Relief, Breach of Contract, Tortious Interference, Misappropriation of Trade Secrets** | **Clackamas County Circuit Court**<br>**Oregon City, OR 97045** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Ernest Packaging Solutions, Inc. v. Fizz & Bubble, LLC**<br>**19CV14976** | **Account & Breach of Contract** | **Clackamas County Circuit Court**<br>**Oregon City, OR 97045** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Beauty Consultants & Strategists, LLC v. Fizz & Bubble LLC**<br>**19CV51533** | **Action on account** | **Clackamas County Circuit Court**<br>**Oregon City, OR 97045** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **NOW CFO Portland, LLC v. Fizz & Bubble, LLC**<br>**19-CV20343** | **Breach of Contract** | **Washington County Circuit Court**<br>**Hillsboro, OR 97123** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Estes Express Lines v. Fizz & Bubble, LLC**<br>**760CL18006351-00** | **Breach of Credit Application, Pricing Agreement and Transportation Contracts, Quantum Meruit/Unjust Enrichment** | **Richmond City Circuit Court**<br>**Civil Division**<br>**400 North 9th St**<br>**Richmond, VA 23219** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Warehouse 20551 SW Wildrose Place Sherwood, OR 97140** | **Kimberly Mitchell** | **Inventory and WIP - Unit is now empty** | ■ No ☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 19-34092-tmb11    Doc 80    Filed 12/04/19

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Rudolph, Kim**<br>**2236 NW Pinnacle Drive**<br>**Portland, OR 97229** | **May 2019 to Current** |
| 26a.2. | **Wilson, Matthew**<br>**3330 Panorama Drive**<br>**Redding, CA 96003** | **Sept 2019 to Current** |
| 26a.3. | **Cori Johnson**<br>**c/o Klein Munsinger, LLC**<br>**600 NW Naito Pkwy Ste G**<br>**Portland, OR 97209** | **June 2018 -**<br>**September 2018** |
| 26a.4. | **Trevor Dierickx** | |
| 26a.5. | **Now CFO**<br>**Cori Johnson**<br>**5251 S Green St Ste 350**<br>**Salt Lake City, UT 84123** | **6/14/17 - September**<br>**2018** |
| 26a.6. | **Net Finance, LLC**<br>**Mark Garrison**<br>**13429 SW HILLSHIRE DR**<br>**Portland, OR 97223** | **Sept 2018-Sept 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Decathlon Alpha III, LP**<br>**Attn: John Borchers**<br>**1441 West Ute Blvd, Suite 240**<br>**Park City, UT 84098** |
| 26d.2.  **Interstate Credit**<br>**651 Canyon Dr Ste 105**<br>**Coppell, TX 75019** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kimberly Ann Mitchell** | **27120 SW 95th Ave**<br>**Ste 3280**<br>**Wilsonville, OR 97070** | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>.  **Kimberly Ann Mitchell**<br>**27120 SW 95th Ave**<br>**Ste 3280**<br>**Wilsonville, OR 97070** | **$180,000 (estimated)** | **During last 12 months** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2019**

**/s/ Kimberly Ann Mitchell**                          **Kimberly Ann Mitchell**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Member, Chief Creative Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes