## MONTHLY OPERATING REPORT FOR
## CORPORATE OR PARTNERSHIP DEBTOR
### (Including LLCs and LLPs)

Case No.   19-34092-tmb11

Debtor   Fizz & Bubble, LLC          Report Month/Year          Nov-19

---

**Instructions:** The debtor's monthly financial report shall include this cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-1(b) and 2015-2, or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

---

The debtor submits the following with this monthly financial report:

| | | Completed | Not Applicable |
|---|---|:---:|:---:|
| **UST-11** | **Comparative Income Statement** or debtor's income statement (must include all line items specified on UST-11). | X | |
| **UST-12** | **Comparative Balance Sheet** or debtor's balance sheet (must include all line items specified on UST-12. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | X | |
| **UST-13** | **Comparative Cash Flow Statement** or debtor's cash flow statement (must include all line items specified on UST-13). Complete this statement if the debtor is reporting based on the accrual basis of accounting. This is the preferred method, unless other arrangements have been made with the U.S. Trustee. | X | |
| **UST-14** | **Summary of Disbursements** | X | |
| **UST-14A** | **Statement of Cash Receipts and Disbursements** Complete one or more to include all bank accounts or other sources of debtor funds. Attach copies of monthly bank statements and all supporting documents described in the instructions. | X | |
| **UST-14B** | **Additional Disbursement Information** | X | |
| **UST-15** | **Statement of Aged Receivables** Provide a detailed accounting of aged receivables on, or as an attachment to, UST-15. | X | |
| **UST-16** | **Statement of Aged Post-Petition Payables** Provide a detailed accounting of aged post-petition payables on, or as an attachment to, UST-16. | X | |
| **UST-17** | **Statement of Operations** When applicable, UST-17 shall include copies of supporting documents such as an escrow statement for the sale of real property, an auctioneer's report for property sold at auction, or a certificate of insurance or copy of debtor's bond for any change in insurance or bond coverage. | X | |

---

**DEBTOR'S CERTIFICATION**

I certify under penalty of perjury that (1) I have personally prepared this financial report or directly supervised its preparation, and (2) the information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

BY: /s/ Kimberly Mitchell          DATE: 01/09/2020

TITLE: Owner

The debtor, or trustee, if appointed, must sign the monthly financial report. Only an authorized officer may sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. Debtor's counsel may not sign a financial report for the debtor.

---

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

Case Number: 19-34092-tmb11
Report Mo/Yr: Nov-19

Debtor: Fizz & Bubble, LLC

## UST-11, COMPARATIVE INCOME STATEMENT
### Fizz & Bubble, LLC

**INSTRUCTIONS:** The initial report should include only business activity commencing from the petition date through the end of the month.

| For the Month of: | MO/YR Nov 19 | MO/YR | MO/YR | Cumulative To Date |
|---|---|---|---|---|
| Revenue  (Accrual) | 18,412 | | | 18,412 |
| Less: Returns and Allowances | | | | - |
| NET REVENUE | 18,412 | - | - | 18,412 |
| | | | | |
| Cost of Goods sold: | | | | |
| Beginning Inventory | 300,000 | | | 300,000 |
| Add: Purchases (Cash & Accrual) | 59,599 | | | 59,599 |
| Less:  Ending Inventory | 255,000 | | | |
| Cost of Goods Sold | 104,599 | - | - | 359,599 |
| | | | | |
| | | | | |
| | | | | |
| | | | | - |
| TOTAL COST OF GOOD SOLD | 104,599 | - | - | 359,599 |
| | | | | |
| Other Operating Expenses (Cash) | | | | |
| Officers' Salaries (Gross) | 4,000 | | | 4,000 |
| Payroll (Gross) | 96,528 | | | |
| Depreciation and Amortization | | | | - |
| Employee Benefits | | | | - |
| Payroll Taxes (Employer's portion) | 13,710 | | | 13,710 |
| Insurance | 8,576 | | | |
| Rent | | | | - |
| General and Administrative | 13,109 | | | 13,109 |
| TOTAL OPERATING EXPENSES | 135,923 | - | - | 30,819 |
| NET OPERATING INCOME (LOSS) | (222,111) | - | - | |
| | | | | |
| Add: Other Income | | | | - |
| | | | | |
| Less: Interest Expense | | | | - |
| | | | | |
| Less: Non-recurring items | | | | |
| Professional Fees (Accrual) | 21,068 | | | 21,068 |
| UST Fees | | | | - |
| Other (specify) | | | | - |
| TOTAL NON-RECURRING ITEMS | 21,068 | - | - | 21,068 |
| | | | | |
| GAIN (LOSS) ON DISPOSAL OF ASSETS | | | | - |
| | | | | |
| NET INCOME (LOSS) BEFORE INCOME TAX | (201,042) | - | - | 21,068 |
| Income Taxes | | | | - |
| NET INCOME (LOSS) | (201,042) | - | - | 21,068 |

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

Case Number: 19-34092-tmb11
Report Mo/Yr: 43770

Debtor: Fizz & Bubble, LLC

## UST-12, COMPARATIVE BALANCE SHEET

Fizz & Bubble, LLC

| ASSETS                As of month ending: | MO/YR Nov 19 | MO/YR | MO/YR | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Current Assets | | | | |
| Cash-Restricted | | | | |
| Cash-Unrestricted | 15,219 | | | |
| TOTAL CASH | 15,219 | - | - | 48,141 |
| | | | | |
| Accounts Receivable | 364,159 | | | |
| Less: Allowance for Doubtful Accounts | | | | |
| NET ACCOUNTS RECEIVABLE | 364,159 | - | | 481,036 |
| | | | | |
| Notes Receivable | | | | |
| Insider Receivables | | | | |
| Inventory  (see note below) | 255,000 | | | 300,000 |
| Prepaid Expenses (VBC) | 24,758 | | | |
| Other (attach list) | | | | |
| TOTAL CURRENT ASSETS | 659,136 | - | | 829,177 |
| Fixed Assets | | | | |
| Real Property/Buildings | | | | |
| Equipment | 117,732 | | | 117,732 |
| Accumulated Depreciation | | | | |
| NET FIXED ASSETS | 117,732 | - | - | 117,732 |
| | | | | |
| Other Assets (attach list) | | | | |
| TOTAL ASSETS | 776,868 | - | - | 946,909 |
| | | | | |
| LIABILITIES | | | | |
| Post-Petition Liabilities | | | | |
| Trade Accounts Payable | 38,443 | | | |
| Taxes Payable | 35,295 | | | |
| Accrued Professional Fees | 21,068 | | | |
| Notes Payable | | | | |
| Rents and Lease payables | 40,540 | | | |
| Accrued Interest | | | | |
| Other (specify) | | | | |
| TOTAL POST-PETITION LIABILITIES | 135,345 | - | - | |
| Pre-Petition Liabilities | | | | |
| Secured Debt | 11,668,990 | | | 11,668,990 |
| Priority Debt | 222,956 | | | 310,141 |
| Unsecured Debt | 2,040,328 | | | 2,040,328 |
| Other (attach list) | | | | |
| TOTAL PRE-PETITION LIABILITIES | 13,932,274 | - | - | 14,019,459 |
| | | | | |
| TOTAL LIABILITIES | 14,067,620 | - | - | 14,019,459 |

Method of inventory valuation (Cost, Lower of Cost or Market, FIFO, LIFO, Other) :  Cost

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

Case Number: 19-34092-tmb11
Report Mo/Yr: 43770

Debtor: Fizz & Bubble, LLC

## UST-12, COMPARATIVE BALANCE SHEET

| EQUITY                              As of month ending: | MO/YR Nov 19 | MO/YR | MO/YR | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|---|
| Owners' Equity (or Deficit) | | | | |
| | | | | |
| Prepetition Owners' Equity | | | | |
| Post-petition Cumulative Profit or (Loss) | | | | |
| Direct Charges to Equity (**Explain**) | | | | |
| | | | | |
| TOTAL OWNERS' EQUITY (DEFICIT) | - | - | | - |
| | | | | |
| | | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY(DEFICIT) | 14,067,620 | - | - | 14,019,459 |

FOOTNOTES TO BALANCE SHEET:

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

Case Number: 19-34092-tmb11
Report Mo/Yr: 43770

Debtor: Fizz & Bubble, LLC

| UST-13, COMPARATIVE CASH FLOW STATEMENT | | | | |
|---|---|---|---|---|
| As of month ending: | **MO/YR** | **MO/YR** | **MO/YR** | **Cumulative Filing to Date** |
| NET INCOME (LOSS) | (201,042) | | | |
| | | | | |
| ADJUSTMENTS TO RECONCILE NET INCOME | | | | |
| TO NET CASH: | | | | |
| | | | | |
| Depreciation and Amortization | | | | |
| (Gain) Loss on Sale of Assets | | | | |
| (Increase) Decrease in Prepaids | | | | |
| (Increase) Decrease in Receivables | | | | |
| (Increase) Decrease in Inventory | | | | |
| | | | | |
| Increase (Decrease) in Payables | | | | |
| Increase (Decrease) in Taxes Payable | | | | |
| Increase (Decrease) in Professional Fees | | | | |
| Increase (Decrease) in Rents/Leases Pay | | | | |
| Increase (Decrease) in Accrued Interest | | | | |
| | | | | |
| Adjustment re: Accrual/Cash Hybrid | 168,121 | | | |
| | | | | |
| | | | | |
| NET CASH PROVIDED BY OPERATIONS | (32,921) | | | |
| | | | | |
| CASH FLOWS FROM INVESTING/FINANCING: | | | | |
| | | | | |
| Purchase of Fixed Assets | | | | |
| Proceeds from Sale of Fixed Assets | | | | |
| Capital Contributions | | | | |
| Loan Proceeds | | | | |
| Loan Principal and Capital Lease Payments | | | | |
| | | | | |
| **Reconciliation Not Performed.** Due to the mix of accrual and cash method accounting presented in this Report (as notated on UST-11), net income and net cash will not reconcile. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| NET INCREASE (DECREASE) IN CASH | (32,921) | | | |
| | | | | |
| BEGINNING CASH | 48,141 | 15,219 | - | |
| | | | | |
| ENDING CASH | 15,219 | | | |
| | | | | |

Monthly Operating Report -Corporate or Partnership Debtor

United States Trustee-Oregon

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

| Case Number: | 19-34092-tmb11 |
|---|---|
| Report Mo/Yr: | 43770 |

**Debtor:** Fizz & Bubble, LLC

### UST-14, SUMMARY OF DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare UST-14A (see next page) to include all bank accounts or other sources of the debtor's funds. The disbursement total will be used to complete this SUMMARY OF DISBURSEMENTS.

The debtor is responsible for providing accurate monthly disbursement totals for purposes of calculating its obligation pursuant to 28 U.S.C. § 1930(a)(6) to pay statutory fees to the U.S. Trustee. The disbursement total encompasses all payments made by the debtor during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

The U.S. Trustee payment is due on the last day of the month following the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Because the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on actual disbursements for the calendar quarter, or portion thereof while the debtor is in Chapter 11 (i.e. until the case is converted, dismissed, or closed by final decree). Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found in the Chapter 11 Guidelines on the U.S. Trustee's website located at:

> http://www.justice.gov/ust/r18/portland/chapter11.htm
> http://www.justice.gov/ust/r18/eugene/chapter11.htm

If you have any questions about how to compute the disbursement total, please call the U.S. Trustee's office:

Portland, OR  (503) 326-4000
Eugene, OR  (541) 465-6330

(UST-14A, with attachments, should follow this page.)

### COMPUTATION OF MONTHLY DISBURSEMENT TOTAL

| | |
|---|---|
| Total disbursements from UST-14A | |
| Cash payments not included in total above (if any) | |
| Disbursements made by third parties for the debtor (if any, explain) | |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 131,842.34 |

|  | **Yes** | **No** |
|---|---|---|
| At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee? | | X |

(If yes, list each quarter that is delinquent and the amount due along with an explanation)

| **Quarter** | **Explanation** | **Amount** |
|---|---|---|
| | | |
| | | |
| | | |

| | |
|---|---|
| Case Number: | 19-34092-tmb11 |
| Report Mo/Yr: | Nov-19 |

**Debtor:**

Fizz & Bubble, LLC

## UST-14A - STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Include all bank accounts or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. Use additional sheets as necessary.

| Depository (Bank) Name<br>Account Number<br>Type of Account | Wells Fargo<br>2860<br>Checking | | | | TOTALS |
|---|---|---|---|---|---|
| **Beginning Cash Balance** | - | - | - | - | - |
| **Add:** | | | | | |
| Transfers in | 48,000.00 | | | | 48,000.00 |
| Receipts deposited | 99,061.74 | | | | 99,061.74 |
| Other (identify source) | | | | | |
| Total Cash Receipts | 147,061.74 | - | - | - | |
| | | | | | |
| **Subtract:** | | | | | |
| Transfers out | | | | | |
| Disbursements by check or debit | (131,842.34) | | | | (131,842.34) |
| Cash withdrawn | | | | | - |
| Other (identify source) | | | | | - |
| Total Cash Disbursements | (131,842.34) | - | - | - | |
| | | | | | |
| **Ending Cash Balance** | 15,219.40 | - | - | - | 15,219.40 |

Does each account identified above include the following supporting documents, as required: Indicate **YES, NO or NOT APPLICABLE** in the boxes below.

| | | | | |
|---|---|---|---|---|
| Monthly bank statement copy | X | | | |

| | | | | |
|---|---|---|---|---|
| Bank reconciliation (including outstanding<br>checks and deposits in transit) | N/A | | | |

| | | | | |
|---|---|---|---|---|
| A detailed list of receipts for the account<br>(deposit log or receipts journal) | N/A | | | |

| | | | | |
|---|---|---|---|---|
| A detailed list of disbursements for the<br>account (check register or disb. journal.) | N/A | | | |

| | | | | |
|---|---|---|---|---|
| Funds received and/or<br>disbursed by another party | N/A | | | |

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

# Wells Fargo Business Choice Checking






0007001    01 AV 0.383 **AUTO  T7 0 4845 97070-823605   -C01-P97008-I

⑂|⑂||⑂|⑂|⑂|⑂|⑂||⑂||⑂||⑂||⑂|⑂|⑂|⑂||⑂|||⑂⑂|⑂|⑂|⑂|⑂⑂|⑂⑂

FIZZ & BUBBLE LLC
DEBTOR IN POSSESSION
CH11 CASE 19-34092(OR)
27120 SW 95TH AVE STE 3280
WILSONVILLE OR 97070-8236

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (115)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/6 | $0.00 |
| Deposits/Credits | 147,061.74 |
| Withdrawals/Debits | - 131,842.34 |
| **Ending balance on 11/30** | **$15,219.40** |
| | |
| Average ledger balance this period | $33,012.24 |

Account number: ████2860

**FIZZ & BUBBLE LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE 19-34092(OR)**

*Oregon account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 123006800

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/6 | | Edeposit IN Branch/Store 11/06/19 04:38:14 Pm 8699 Sw Main St Wilsonville OR | 48,000.00 | | 48,000.00 |
| 11/8 | | Deposit Made In A Branch/Store | 36,755.57 | | |
| 11/8 | | Edeposit IN Branch/Store 11/08/19 02:34:23 Pm 8699 Sw Main St Wilsonville OR 0903 | 5,900.00 | | |
| 11/8 | | Withdrawal Made In A Branch/Store | | 8,887.22 | |
| 11/8 | | Withdrawal Made In A Branch/Store | | 9,599.29 | |
| 11/8 | | Withdrawal Made In A Branch/Store | | 14,203.93 | |
| 11/8 | | Withdrawal Made In A Branch/Store | | 20,115.62 | 37,849.51 |
| 11/12 | | Edeposit IN Branch/Store 11/12/19 04:14:27 Pm 8699 Sw Main St Wilsonville OR 2860 | 18,300.00 | | |
| 11/12 | | Purchase authorized on 11/11 Candle Science Inc 888-266-3916 NC S469315636439268 Card 0903 | | 2,076.56 | |
| 11/12 | < | Business to Business ACH Debit - Federal Express Debit 191111 Epa99889453 x | | 939.29 | 53,133.66 |
| 11/13 | | Purchase authorized on 11/12 Baker Govern & Bak Weston FL S589316775830840 Card 2075 | | 3,521.52 | |
| 11/13 | | Recurring Payment authorized on 11/12 Shopify.Com/C Httpsshopify. IL S469316795977862 Card 2075 | | 416.93 | 49,195.21 |
| 11/14 | | Purchase authorized on 11/08 UPS*1Zt37Bm5032001 800-811-1648 GA S469312701042377 Card 0903 | | 14.54 | |
| 11/14 | | Purchase authorized on 11/08 UPS*1Zt37B2W032001 800-811-1648 GA S309312706522231 Card 0903 | | 16.05 | |
| 11/14 | | Purchase authorized on 11/12 AT&T*Bill Payment 800-331-0500 TX S469316821730202 Card 2075 | | 897.93 | |
| 11/14 | | Purchase authorized on 11/12 Apple Store #R134 Tigard OR S389317026462071 Card 0903 | | 475.00 | |
| 11/14 | | Purchase authorized on 11/13 UPS*1Zt37Bm5032023 800-811-1648 GA S589317421385391 Card 0903 | | 14.54 | |
| 11/14 | | Purchase authorized on 11/13 Chevron 0305534 Wilsonville OR S469317662824355 Card 2075 | | 50.00 | |
| 11/14 | | Purchase authorized on 11/13 Smart Foodservice Tigard OR S309317702685122 Card 2075 | | 398.96 | |
| 11/14 | | Purchase authorized on 11/13 Rhino Digital Prin 503-233-2477 OR S46931778648O725 Card 2075 | | 2,215.83 | |
| 11/14 | | Recurring Payment authorized on 11/13 Shopify.Com/C Httpsshopify. IL S58931800382180s Card 2075 | | 304.08 | 44,808.28 |
| 11/15 | | Purchase authorized on 11/13 Handcrafters Suppl Wilsonville OR S309317712072758 Card 0903 | | 243.00 | |
| 11/15 | | Purchase authorized on 11/13 Fineline Technolog Norcross GA S309317742359241 Card 2075 | | 29.25 | |
| 11/15 | | Purchase authorized on 11/14 Uline *Ship Suppl 800-295-5510 WI S469318850870551 Card 2075 | | 542.82 | |
| 11/15 | 1001 | Check | | 8,000.00 | 35,993.21 |
| 11/18 | | Purchase authorized on 11/14 Elements Bath and Pueblo CO S589318667591601 Card 2075 | | 91.45 | |
| 11/18 | | Recurring Payment authorized on 11/14 Adobe Products 800-833-6687 CA S309318727656318 Card 2075 | | 82.98 | |
| 11/18 | | Purchase authorized on 11/14 Fedex Offic5350000 Tualatin OR S309319102272357 Card 0903 | | 389.24 | |
| 11/18 | | Purchase authorized on 11/15 Castlerockagency 212-360-2334 NY S309319678596432 Card 2075 | | 1,905.50 | |
| 11/18 | | Purchase authorized on 11/15 Sp * Archetype The Toronto Can S389319808552048 Card 2075 | | 180.00 | |
| 11/18 | | Purchase authorized on 11/17 Naturesgard 440-647-0100 OH S309321721923072 Card 2075 | | 5,652.69 | |
| 11/18 | < | Business to Business ACH Debit - Lathem Time Corp Payments 191115 2814710 Fizz and Bubble | | 168.65 | |
| 11/18 | | Check | | 1,818.18 | 25,704.52 |

4845-01-I00-000J00J-0001-001I6416





## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|--------------|
| 11/19 | | Harland Clarke Check/Acc. 111819 00005117575482 Fizz 038 Bubble LLC | | 59.50 | |
| 11/19 | | Purchase authorized on 11/13 Nexeo Solutions LI 281-297-4406 TX S469317554459686 Card 2075 | | 1,440.55 | |
| 11/19 | | Purchase authorized on 11/18 Klaviyo Software 6174155563 MA S389322804278880 Card 2075 | | 275.00 | 23,829.47 |
| 11/20 | | Purchase authorized on 11/19 Postage Goshippo.C Httpsgoshippo CA S469323755392995 Card 2075 | | 32.27 | 23,797.20 |
| 11/21 | | Edeposit IN Branch/Store 11/21/19 03:32:16 Pm 11084 Sw Barnes Rd Portland OR 2860 | 21,699.79 | | |
| 11/21 | | Paypal Verifybank 191121 1007211058012 Fizz Bubble LLC | 0.07 | | |
| 11/21 | | Paypal Verifybank 191121 1007211058011 Fizz Bubble LLC | 0.19 | | |
| 11/21 | | Purchase authorized on 11/18 Nexeo Solutions LI 281-297-4406 TX S389322635235130 Card 0903 | | 2,300.00 | |
| 11/21 | | Recurring Payment authorized on 11/18 Fedex 496712084 Memphis TN S589322824206961 Card 0903 | | 230.32 | |
| 11/21 | | Paypal Verifybank 191121 1007211058013 Fizz Bubble LLC | | 0.26 | 42,966.67 |
| 11/22 | | Edeposit IN Branch/Store 11/22/19 03:44:07 Pm 11084 Sw Barnes Rd Portland OR 2860 | 15,463.86 | | |
| 11/22 | | Purchase authorized on 11/21 Shay & Company 503-6531155 OR S589325651584771 Card 2075 | | 356.00 | |
| 11/22 | 1014 | Cashed Check | | 877.50 | |
| 11/22 | 1021 | Cashed Check | | 1,095.57 | |
| 11/22 | 1033 | Cashed Check | | 926.76 | |
| 11/22 | 1034 | Cashed Check | | 998.50 | |
| 11/22 | 1032 | Cashed Check | | 903.62 | |
| 11/22 | 1004 | Cashed Check | | 1,058.16 | |
| 11/22 | 1013 | Deposited OR Cashed Check | | 942.62 | |
| 11/22 | 1019 | Check | | 1,068.28 | |
| 11/22 | 1030 | Check | | 997.68 | |
| 11/22 | 1018 | Check | | 1,410.51 | |
| 11/22 | 1016 | Check | | 712.39 | |
| 11/22 | 1022 | Check | | 1,061.81 | |
| 11/22 | 1011 | Check | | 1,058.15 | |
| 11/22 | 1010 | Check | | 1,465.43 | |
| 11/22 | 1009 | Check | | 1,088.35 | |
| 11/22 | 1027 | Check | | 1,258.54 | |
| 11/22 | 1029 | Check | | 961.27 | |
| 11/22 | 1017 | Check | | 469.27 | |
| 11/22 | 1023 | Check | | 746.85 | |
| 11/22 | 1024 | Check | | 760.00 | |
| 11/22 | 1020 | Check | | 2,112.52 | |
| 11/22 | 1025 | Check | | 1,044.86 | |
| 11/22 | 1028 | Check | | 1,394.26 | 33,661.63 |
| 11/25 | | Shopify Transfer St-O9J9Q2Z0M482 Beau Bain LLC | 140.73 | | |
| 11/25 | | Purchase authorized on 11/19 The Cary Company 630-629-6600 IL S389323793281193 Card 2075 | | 206.32 | |
| 11/25 | 1003 | Cashed Check | | 1,496.02 | |
| 11/25 | < | Business to Business ACH Debit - Uline Supplies 191123 0900293 Fizz & Bubble LLC Dip | | 6,637.09 | |
| 11/25 | 1026 | Check | | 998.07 | |
| 11/25 | 1031 | Check | | 1,273.39 | |
| 11/25 | 1008 | Check | | 659.10 | |
| 11/25 | 1015 | Check | | 953.17 | 21,579.20 |
| 11/26 | | Shopify Transfer St-S1H6A3E3B1V0 Beau Bain LLC | 235.33 | | |
| 11/26 | | Recurring Payment authorized on 11/25 Postage Goshippo.C Httpsgoshippo CA S469330038492400 Card 2075 | | 3.14 | |
| 11/26 | 1007 | Check | | 853.27 | |
| 11/26 | 1012 | Check | | 1,034.65 | 19,923.47 |
| 11/27 | | Shopify Transfer St-U0R0H4I2M4B2 Beau Bain LLC | 330.34 | | |
| 11/27 | | Recurring Payment authorized on 11/25 Fedex 497397536 Memphis TN S309329621563044 Card 0903 | | 856.10 | |

4845-01-00-0007001-0002-0016435



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 11/27 | | Recurring Payment authorized on 11/26 Postage Goshippo.C Httpsgoshippo CA S309330688013078 Card 2075 | | 103.80 | |
| 11/27 | | Recurring Payment authorized on 11/26 Postage Goshippo.C Httpsgoshippo CA S469330761544828 Card 2075 | | 191.72 | |
| 11/27 | 1035 | Check | | 2,318.65 | 16,783.54 |
| 11/29 | | Shopify Transfer St-T6L0Z7Y5V9M6 Beau Bain LLC | 235.86 | | |
| 11/29 | | Purchase authorized on 11/26 Republic Services 866-576-5548 AZ S389330840169114 Card 2075 | | 500.00 | |
| 11/29 | | Purchase authorized on 11/26 Culligan of Albany Albany OR S389330851388333 Card 2075 | | 1,300.00 | 15,219.40 |
| Ending balance on 11/30 | | | | | 15,219.40 |
| **Totals** | | | **$147,061.74** | **$131,842.34** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | 11/18 | 1,818.18 | 1014 | 11/22 | 877.50 | 1025 | 11/22 | 1,044.86 |
| 1001 | 11/15 | 8,000.00 | 1015 | 11/25 | 953.17 | 1026 | 11/25 | 998.07 |
| 1003 * | 11/25 | 1,496.02 | 1016 | 11/25 | 712.39 | 1027 | 11/22 | 1,258.54 |
| 1004 | 11/22 | 1,058.16 | 1017 | 11/22 | 469.27 | 1028 | 11/22 | 1,394.26 |
| 1007 * | 11/26 | 853.27 | 1018 | 11/22 | 1,410.51 | 1029 | 11/22 | 961.27 |
| 1008 | 11/25 | 659.10 | 1019 | 11/22 | 1,068.28 | 1030 | 11/22 | 997.68 |
| 1009 | 11/22 | 1,088.35 | 1020 | 11/22 | 2,112.52 | 1031 | 11/25 | 1,273.39 |
| 1010 | 11/22 | 1,465.43 | 1021 | 11/22 | 1,095.57 | 1032 | 11/22 | 903.62 |
| 1011 | 11/22 | 1,058.15 | 1022 | 11/22 | 1,061.81 | 1033 | 11/22 | 926.76 |
| 1012 | 11/26 | 1,034.65 | 1023 | 11/22 | 746.85 | 1034 | 11/22 | 998.50 |
| 1013 | 11/22 | 942.62 | 1024 | 11/22 | 760.00 | 1035 | 11/27 | 2,318.65 |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/06/2019 - 11/30/2019 | Standard monthly service fee $14.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|--------------------------------------|------------------|-----------------|
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $7,500.00 | $33,012.00 ☑ |
| • A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| • Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 34 ☑ |
| • Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| • Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |

4845-01-00-000001-0002-0015435





## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . − $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801







---

### Monthly service fee summary *(continued)*

**How to avoid the monthly service fee**       Minimum required  This fee period

- Most recent statement balance in eligible Wells Fargo business credit cards and
  lines of credit, and combined average daily balances from the previous month
  in eligible Wells Fargo business and commercial loans and lines of credit
- For complete details on how you can avoid the monthly service fee based on
  your combined balances please refer to page 10 of the Business Account Fee
  and Information Schedule at www.wellsfargo.com/biz/fee-information

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
wx/wx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,900 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 56 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 IMPORTANT ACCOUNT INFORMATION

---

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

| | |
|---|---|
| Case Number: | 19-34092-tmb11 |
| Report Mo/Yr: | Nov-19 |

**Debtor:** Fizz & Bubble, LLC

## UST-14B, ADDITIONAL DISBURSEMENT INFORMATION

**Payments on Pre-Petition Unsecured Debt (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?  If "yes", complete table for each payment.

| Payee's Name | Nature of Payment | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| Various Employees | Payroll, Ord. Course Benefits | 11/8/19 | 87,185 | 11/08/19 | | |
| | | | | | X | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Payments to Attorneys and Other Professionals (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?  If "yes", complete table for each payment.

| Professional's Name | Type of Work Performed | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | X |
| | | | | | | |
| | | | | | | |

**Payments to an Officer, Director, Partner, or Other Insider of the Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to, or for the benefit of, an officer, director, partner, member, shareholder or other insider of the debtor? If "yes", complete table for each payment.

| Payee's Name | Relationship to Debtor | Payment Date | Amount | Purpose of Payment | Yes | No |
|---|---|---|---|---|---|---|
| C. Barnes | Officer | 11/22/19 | 4,000 | Payroll | | |
| T. Barnes | Relative of Officer | 11/08; 11/22 | 5,000 | Payroll | X | |
| J. Brown | Relative of Officer | 11/08; 11/22 | 8,536 | Payroll; Reimbursement | | |
| J. Lute | Relative of Officer | 11/08; 11/22 | 1,610 | Payroll | | |

INSTRUCTIONS:  Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment.

**CERTIFICATION OF BANK ACCOUNTS:**

The undersigned certifies under penalty of perjury that every financial account used by the debtor is accounted for in UST-14A of this report and is held in a depository included on the U.S. Trustee's list of authorized depositories. The undersigned further certifies that each such depository has been notified that the account holder is a debtor in a Chapter 11 case under the jurisdiction of the Bankruptcy Court.

BY: /s/ Kimberly Mitchell

DATE: 01/09/2020

TITLE: Owner

Debtor: ='UST-10 (Cover)'!B8

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

º At the beginning of the reporting month, the debtor did not have any uncollected pre-petition or post-petition accounts receivable; and,

º During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or write-off of accounts receivable from prior months.

**Initial here _____ if the debtor asserts that both statements above are correct and then skip to UST-16,**
            **Statement of Post-Petition Payables.**

### Accounts Receivable Aging

|  | Balance at Month End | Current Portion | Current 1-60 days | Current & Past 61-90 days | Past Due over 90 days | Uncollectible Receivables |
|---|---|---|---|---|---|---|
| Pre-petition | 345,747.77 |  | 339,852.58 | 5,476.69 | 418.50 |  |
| Post-petition | 18,411.64 | 18,411.64 |  |  |  |  |
| TOTALS | 364,159.41 | 18,411.64 | 339,852.58 | 5,476.69 | 418.50 | - |

Explain what efforts the debtor has made during the reporting period to collect receivables over 60 days past due.

### Accounts Receivable Reconciliation

|  | Post Petition | Pre-Petition | Totals |
|---|---|---|---|
| Opening Balance | - | 481,036 | 481,036.12 |
| Add: Sales on account | 18,411.64 |  | 18,411.64 |
| Less: Payments on account | - | (132,204.32) | (132,204.32) |
| Less: Write-offs or other adjustments |  | (3,084.03) | (3,084.03) |
| Closing Balance | 18,411.64 | 345,747.77 | 364,159.41 |

### Insider Receivable Reconciliation

| Insider Name (e.g. officer, director, partner, member, shareholder) Relationship to Debtor |  |  |  |
|---|---|---|---|
| Opening Balance (if first report, use the balance on date of filing) |  |  |  |
| Add: Current month advances |  |  |  |
| Less: Current month payments |  |  |  |
| Closing Balance | - | - | - |

Case 19-34092-tmb11   Doc 158   Filed 01/10/20

Case Number: =+'UST-10 (Cover)
Report Mo/Yr: Nov-19

**Debtor:** 91-34092-tmb11

**Fizz & Bubble, LLC**

### UST-16, STATEMENT OF AGED POST-PETITION PAYABLES
### PART A - TRADE ACCOUNTS PAYABLE

**INSTRUCTIONS:** Complete PART A - TRADE ACCOUNTS PAYABLE unless the debtor asserts that this statement is true for this reporting month:

° Except for taxes disclosed in PART B of this report, the debtor has no other unpaid post-petition payables from the current reporting month or from any prior post-petition months.

**Initial here _____ if the debtor asserts that the statement above is correct and then skip to UST-16, Part B, Taxes.**

**Accounts Payable Aging**

| | Balance at Month End | Current Portion | Past Due 31-60 days | Past Due 61-90 days | Past Due over 90 days |
|---|---|---|---|---|---|
| Post-petition | 38,442.76 | | | | |

1. For Accounts Payable **more than 30 days past due,** explain why payment has not been made.

2. Attach the debtor's accounts payable aging report.

**Post-Petition Trade Accounts Payable Reconciliation**

| | |
|---|---|
| 0 Opening Balance | |
| 38442.76 Additions: | |
| 0 Less: Payments made | |
| 38442.76 Closing Balance | |

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

# Fizz & Bubble, LLC

## A/P AGING SUMMARY

As of November 30, 2019

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Advanced Process Systems | | | | | 25,690.00 | $25,690.00 |
| Alliance Packaging | | | | 10,660.32 | | $10,660.32 |
| Arctic Glacier | | | | | 2,000.00 | $2,000.00 |
| Ariba, Inc. | | | | | 9,689.22 | $9,689.22 |
| Astro Nova | | | | 1,914.24 | | $1,914.24 |
| Bamboo Sushi | | | | | -133.75 | $ -133.75 |
| Batory Foods | | | | | 4,309.72 | $4,309.72 |
| Bullard Law - Client 5914-1 | | | | | 370.50 | $370.50 |
| Bullard Law - Client 5914-2 | | | | | 13,866.39 | $13,866.39 |
| Bullivant Houser Bailey PC | | 11,567.00 | | | | $11,567.00 |
| Cascade Fruit Marketing | | | | | 14,045.00 | $14,045.00 |
| Chempoint | | | | | 1,098.26 | $1,098.26 |
| Clear Bags | | | | 5,755.09 | | $5,755.09 |
| Comcast Business 5970 | | | 753.55 | | | $753.55 |
| Container and Packaging | | 507.51 | 9,026.60 | 15,676.39 | | $25,210.50 |
| Coulter Printing | | | | 1,962.15 | | $1,962.15 |
| Craftsman Label | | | | 731.38 | | $731.38 |
| Crossmark | | | | | 5,294.38 | $5,294.38 |
| CT Corporation | 289.24 | | 429.00 | | | $718.24 |
| Culligan Portland | | | | | 2,433.18 | $2,433.18 |
| Dad Loan | | | | -85,000.00 | | $ -85,000.00 |
| De Lage Landen Financial Services, Inc. #5186 | | | 1,432.37 | 19.84 | 278.79 | $1,731.00 |
| De Lage Landen Financial Services, Inc. #7387 | | | 1,291.34 | | | $1,291.34 |
| Direct Link | 187.14 | | 90.19 | | | $277.33 |
| Eco Friendly Cleaners | | | | | -44.40 | $ -44.40 |
| Elena Foley Consulting | | | | | 10,725.00 | $10,725.00 |
| Ernest Packaging Solutions | | | | | 99,755.32 | $99,755.32 |
| Estes | | | | | 6,058.30 | $6,058.30 |
| Excel Packaging | | | 990.00 | 990.00 | 990.00 | $2,970.00 |
| Experis | | | | | 16,783.14 | $16,783.14 |
| Express Services | | | | | 451,703.10 | $451,703.10 |
| Fasttrack Export | | | | | 1,250.00 | $1,250.00 |
| FedEx | 939.29 | | | | 451.82 | $1,391.11 |
| First Choice Coffee Company | | 184.21 | 64.21 | | 305.82 | $554.24 |
| Frank Recruitment Group | | | | | 9,500.00 | $9,500.00 |
| Frontier Labels | | | | | 11,377.25 | $11,377.25 |
| GeffenMesher | | | | | 3,600.00 | $3,600.00 |
| Genesis Specialty Alkali LLC | | | | | 19,123.14 | $19,123.14 |
| Golson Scruggs | | | | | 137.00 | $137.00 |
| GS1 | | 6,300.00 | | | | $6,300.00 |
| Harsch Investment Property | | | 61,796.49 | | 18,526.50 | $80,322.99 |
| Health Net of Oregon | | | 11,106.21 | 10,310.48 | | $21,416.69 |
| Hitachi | 384.16 | | 3,370.26 | 83.94 | | $3,838.36 |
| IDL Worldwide | | | | | 57,387.66 | $57,387.66 |
| IPT | | | | | 129,737.62 | $129,737.62 |
| JDR Consulting | | | | | 27,500.25 | $27,500.25 |
| Jogue | | | | | 1,242.20 | $1,242.20 |

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Jungbunzlauer | | | | | 32,760.00 | $32,760.00 |
| Klaviyo Inc | | | | | 275.00 | $275.00 |
| Liberty Mutual Insurance.1 | | 8,576.45 | | | | $8,576.45 |
| LifeMap | | | 1,415.99 | | | $1,415.99 |
| LTK LLC | | | 20,226.05 | 16,745.50 | | $36,971.55 |
| Lucks | | | | | 13,907.14 | $13,907.14 |
| Material Flow & Conveyor | | | | | 2,385.00 | $2,385.00 |
| Michael Scot Krueger | | | | | 13,133.66 | $13,133.66 |
| Molalla Sanitary Service Inc | | 545.99 | 181.09 | | 181.09 | $908.17 |
| New Seasons Market | | | | | -102.40 | $ -102.40 |
| Now CFO | | | | | 185,015.00 | $185,015.00 |
| OMEP | | | | | 105,000.00 | $105,000.00 |
| OpenText | | | | 720.36 | 362.97 | $1,083.33 |
| ORC International | | | | | 9,200.00 | $9,200.00 |
| Oswego Fiancial Services | | | | | 98,356.25 | $98,356.25 |
| Pacific Office Automation | | | 567.37 | | 1,897.33 | $2,464.70 |
| Pacific Office Automation.1 | 146.43 | | | | | $146.43 |
| Pacific Trading Inland, Inc | 15,500.00 | 7,737.85 | 5,899.85 | | | $29,137.70 |
| Packaging Equipment Support | | 160.00 | | | | $160.00 |
| Pawnee Leasing | | | 2,393.85 | | | $2,393.85 |
| Penske | | 1,737.39 | 194.97 | 1,617.61 | | $3,549.97 |
| Penski.1 | | 408.46 | | | | $408.46 |
| Personnel Concepts Compliance Service Department | | | | | 691.05 | $691.05 |
| PGE | | | 14,730.15 | | | $14,730.15 |
| PGE (Portland General Electric) | | 298.08 | 465.99 | 538.80 | | $1,302.87 |
| PGE - Molalla | | | 4,348.37 | | | $4,348.37 |
| Practical Baker | | | | | 4,920.75 | $4,920.75 |
| Precision Products | | | | | 3,546.61 | $3,546.61 |
| Premier Press | | | 6,922.00 | 62,761.69 | | $69,683.69 |
| Pride Disposal Company | | | | | 856.86 | $856.86 |
| Professional Image | | | | | 3,521.52 | $3,521.52 |
| Republic Services 7834 | | 588.43 | 25.00 | 1,141.49 | 1,478.71 | $3,233.63 |
| Republic Services 9650 | | 264.80 | 25.00 | 519.60 | | $809.40 |
| Ripplebrook Store & Camping | | | | | -49.25 | $ -49.25 |
| Robert Hass Accounting Firm | | 2,720.00 | | 2,750.00 | | $5,470.00 |
| Rose City Label Co. | | 873.45 | | 1,421.25 | 1,179.44 | $3,474.14 |
| RPG | | | | | 45,219.20 | $45,219.20 |
| S&M Moving Systems | | | | 8,120.00 | | $8,120.00 |
| Sidebar Legal | | | | | 15,530.28 | $15,530.28 |
| Slamm Designs | | | | | 4,770.00 | $4,770.00 |
| Superior Vision | | | 626.18 | 234.49 | | $860.67 |
| Supply Source | | | | | 20,534.00 | $20,534.00 |
| Taurus Power & Controls | | | | | 846.00 | $846.00 |
| Tonkon Torp LLP | | | 4,324.50 | 305.50 | 8,798.00 | $13,428.00 |
| Tony Dal Porto | | | | | 40,000.00 | $40,000.00 |
| Toyota Commercial Finance | | 272.62 | | 136.31 | 136.31 | $545.24 |
| TRACO Manufacturing, Inc. | | | 3,958.06 | 3,783.26 | | $7,741.32 |
| Tractenberg | | | | | 21,775.36 | $21,775.36 |
| Tricor Brands | | | | | 222,627.60 | $222,627.60 |
| True Commerse Inc. | 551.31 | | | | | $551.31 |
| Tualatin Industrial Ventures, LLC, C/O IDM | | 20,853.00 | 36,153.00 | | | $57,006.00 |
| Tyler Smith & Associates P.C. | | | | | 8,881.50 | $8,881.50 |
| Uline | | 13,959.66 | | | | $13,959.66 |

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Uline.1 | 739.05 | | | | | $739.05 |
| Unique Funds | | | -4,500.00 | | | $ -4,500.00 |
| Univar Inc. | | | | | 1,526.60 | $1,526.60 |
| UPS Freight | | | | | 21,494.81 | $21,494.81 |
| Vanden Bos & Chapman, LLP | 4,077.75 | -35,000.00 | | | | $ -30,922.25 |
| VideoJet | | | | | 627.00 | $627.00 |
| Visstun Cups & Containers | | | | | 12,195.44 | $12,195.44 |
| WG Fund LLC | | | -3,750.00 | | | $ -3,750.00 |
| Wincrest Bulk Foods | | | | 88.57 | | $88.57 |
| YRC Freight | | | | | 3,297.51 | $3,297.51 |
| Zepak Corp. | | | | | 6,739.50 | $6,739.50 |
| TOTAL | $22,814.37 | $42,554.90 | $184,557.64 | $63,988.26 | $1,858,567.25 | $2,172,482.42 |

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

Case Number: 19-34092-tmb11
Report Mo/Yr: Nov-19

Debtor: 91-34092-tmb11

**Fizz & Bubble, LLC**

| UST-16, BUSINESS STATEMENT OF AGED POST-PETITION PAYABLES |
|---|
| **PART B - TAXES** |

**CERTIFICATION: The undersigned certifies under penalty of perjury that all post-petition taxes required to be withheld or collected have been paid to the appropriate taxing authority or that a deposit for such amounts has been made into a separate bank tax account as more fully described below.**

BY: /s/ Kimberly Mitchell          DATE: 01/09/2020

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of Tax | 1<br>Unpaid Post-petition Taxes from Prior Reporting Month | 2<br>Post-petition Taxes Accrued this Month (New Obligations) | 3<br>Post-petition Tax Payments Made this Reporting Month | 4<br>Unpaid Post-petition Taxes at End of Reporting Month (Column 1+2-3=4) |
|---|---|---|---|---|
| **FEDERAL EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | - | 7,630.00 | - | 7,630.00 |
| FICA/Medicare-Employee | - | 7,677.97 | - | 7,677.97 |
| FICA/Medicare-Employer | - | 7,677.97 | - | 7,677.97 |
| Unemployment (FUTA) | - | 3,920.58 | - | 3,920.58 |
| **STATE EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | - | 6,052.00 | - | 6,052.00 |
| Unemployment (SUTA) | - | 2,111.08 | - | 2,111.08 |
| Worker's Compensation | - | 124.52 | - | 124.52 |
| **OTHER TAXES** | | | | |
| Corporate Income Tax | - | | | - |
| Local City/County Tax | - | 100.39 | - | 100.39 |
| Sales Tax | - | | | - |
| Personal Property Tax | - | | | - |
| Real Property Tax | - | | | - |
| Other | - | | | - |
| Total Unpaid Post-Petition Taxes | | | $ | 35,294.51 |

**Debtor has deposited or paid November Post-Petition Taxes listed above.**

Is the debtor delinquent in any tax reporting? *If yes,* provide the name of the taxing authority, a description of the report that is past due, the original report due date, any payment due, and the reason for the delinquency.
Debtor has not filed federal payroll tax returns for 2019-Q1, 2019-Q2, 2019-Q3. Debtor has not filed state transit return for 2019-Q1. Debtor has not filed state transit or payroll returns for 2019-Q2, 2019-Q3.

Case Number: 19-34092-tmb11
Report Mo/Yr: Nov-19

Debtor: Fizz & Bubble, LLC

## UST-17 STATEMENT OF OPERATIONS

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response

**Question 1 - Sale of the Debtor's Assets**
Did the debtor, or another party on behalf of the the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month that are out of the ordinary course of the debtor's business  **If yes, attach a schedule identifying each asset, date of sale notice, method of disposition, and gross and net sale proceeds received.  If real property was sold, attach a copy of the closing statement.**

| | Yes | No |
|---|---|---|
| | | X |

**Question 2 - Financing**
During the reporting month, did the debtor receive any financing, or loans from a non-insider funding source?  **If yes, indicate the source of the funds, date paid to debtor, dollar amount, and date of court approval.**

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
| | | | | | X |

**Question 3 - Insider loans**
During the reporting month, did the debtor receive any funds from an officer, director, partner, member, shareholder, or other insider of the debtor?  **If yes, indicate the source of funds, date paid to debtor, dollar amount, and date of court approval.**

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
| | | | | | X |

**Question 4 - Insurance and Bond Coverage**

| | Yes | No |
|---|---|---|
| Did the debtor renew or replace any insurance policies during this reporting month?  **If yes, attach a certificate of insurance for each renewal or change in coverage.** | | X |
| Were any of the debtor's insurance policies canceled or otherwise terminated for any reason during the reporting month?  **If yes, explain.** | | X |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond).  **If yes, explain.** | | X |

**Question 5 - Significant Events.**  Provide a narrative report of any significant events that may have an effect on the financial condition of the debtor or any events out of the ordinary course of business that are not described elsewhere in this report.  Attach separate sheets as necessary.

Following the reporitng period, Debtor obtained post-petition borrowing of $250,000 to continue operations.

Case 19-34092-tmb11    Doc 158    Filed 01/10/20

| Case Number: | 19-34092-tmb11 |
|---|---|
| Report Mo/Yr: | Nov-19 |

91-34092-tmb11

**Debtor:**  Fizz & Bubble, LLC

Fizz & Bubble, LLC

**UST-17, STATEMENT OF OPERATIONS (Continued)**

**Question 6 - Case Progress.**  Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

Debtor's business has stabilized and resumed filling customer orders.

| | Filed ? | Estimated Date To be Filed If not Filed |
|---|---|---|
| Disclosure Statement: | No | 3/3/2020 |
| Plan of Reorganization: | No | 3/3/2020 |

**WHERE TO FILE A MONTHLY OPERATING REPORT:**  Local Bankruptcy Rule 2015-2 requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court.

**File the original….(select only one)**

**For a Chapter 11 case filed in Portland, OR:**
United States Bankruptcy Court
1001 SW 5th Avenue, 7th floor
Portland, OR  97204

**For a Chapter 11 case filed in Eugene, OR:**
United States Bankruptcy Court
405 East 8th Avenue, Suite 2600
Eugene, OR  97401

**CERTIFICATION:  The undersigned certifies that copies of this report and supporting documents have been served upon each of the following persons in this case:   U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; the debtor and the debtor's attorney; and the trustee and the trustee's attorney, if applicable.**

BY: /s/ Christopher N. Coyle

TITLE: Attorney

DATE: 01/10/2020

PHONE NUMBER: 503-241-4869

**Send U.S. Trustee's copy to:  (select only one)**

**For a Chapter 11 case filed in Portland, OR:**

Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR  97205
  **VIA CM/ECF ONLY**

**For a Chapter 11 case filed in Eugene, OR:**

Office of the United States Trustee
405 East 8th Avenue, Suite 1100
Eugene, OR  97401

Case 19-34092-tmb11    Doc 158    Filed 01/10/20