Christian A. Torimino, WSBA #52927
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Temporary Tel: (202) 306-4948
Email: christian.torimino@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Fizz & Bubble, LLC,<br><br><br>Debtor. | Case No. 19-34092-tmb11<br><br>**UNITED STATES TRUSTEE'S MOTION REQUESTING A STATUS CONFERENCE** |

Acting United States Trustee for Region 18, Greg Garvin (the "U.S. Trustee"), by and through his attorney Christian A. Torimino, moves this Court for an order setting a status conference regarding the scheduling of the U.S. Trustee's Motion Under § 1112(b) to Dismiss or Convert (the "Motion"). In light of the public health developments regarding COVID-19, it will likely be infeasible to hold an in-person trial as was previously ordered by the Court. After discussing the matter with counsel for Debtor, the parties seek guidance for the procedures the Court will impose on any testimony and argument offered in connection with the Motion, as well as clarification as to the scheduling and deadlines imposed in the Court's March 2, 2020 order [Doc. 228].

/ / / /

/ / / /

Page 1 – UNITED STATES TRUSTEE'S MOTION REQUESTING A STATUS CONFERENCE

DATED this 23rd day of March, 2020.

                                      Respectfully submitted,

                                      GREGORY M. GARVIN
                                      Acting United States Trustee for Region 18

                                      /s/ Christian A. Torimino
                                      CHRISTIAN A. TORIMINO
                                      WSBA #52927, Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020 I served a copy of the foregoing UNITED STATES TRUSTEE'S MOTION REQUESTING A STATUS CONFERENCE on all parties included on the Court's CM/ECF electronic service list.

/s/ Christian A. Torimino
CHRISTIAN A. TORIMINO
WSBA #52927, Trial Attorney