Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR  97204
Telephone:  503-241-4861
Fax:  503-241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case No. 19-34092-tmb11 |
|---|---|
| Fizz & Bubble, LLC, | DEBTOR'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE 2015 REPORT FOR MAY 2020 |
| Debtor-in-Possession. | |

Debtor-in-Possession, Fizz & Bubble, LLC ("Debtor") moves the Court for entry of the Proposed Order, attached hereto as **Exhibit 1,** extending the deadline of June 22, 2020 to file Debtor's 2015 Report for May 2020 to Monday, June 29, 2020, pursuant to LBR 9013-1(b)(2)(F).  This extension is necessary based on the following:

1.   Debtor and its counsel need additional time to prepare its 2015 Report for May 2020.

2.   Extending the 2015 Report deadline from June 22, 2020 through and including June 29, 2020 will not prejudice any of the other parties in this case; a majority of the underlying financials were provided to the U.S. Trustee by email on June 22, 2020. The U.S. Trustee does not oppose this request.

VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle
     Christopher N. Coyle, OSB #073501
     Of Attorneys for Debtor-in-Possession

Page 1 of 1    DEBTOR'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE
2015 REPORT FOR MAY 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34092-tmb11    Doc 345    Filed 06/22/20

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case No. 19-34092-tmb11 |
|---|---|
| Fizz & Bubble, LLC, | ORDER EXTENDING TIME TO FILE DEBTOR'S 2015 REPORT FOR MAY 2020 |
| Debtor-in-Possession. | |

Based on Debtor-in-Possession's, Fizz & Bubble, LLC's ("Debtors"), Motion to extend the time to file Debtor's 2015 Report for May 2020, it is

ORDERED that the time within which the Debtor must file Debtor's 2015 Report for the month of May 2020 is extended through and including June 29, 2020.

###

Page 1 of 2     ORDER EXTENDING TIME TO FILE DEBTOR'S 2015 REPORT FOR MAY 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Exhibit 1 - Page 1 of 2

Case 19-34092-tmb11    Doc 345    Filed 06/22/20

**PRESENTED BY:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor-in-Possession

**CERTIFICATION:** I certify that I have complied with the requirements of LBR 9021-1; movant seeks entry of the order without notice and a hearing pursuant to LBR 9013-1(b)(2)(F).

By:/s/Christopher N. Coyle
    Douglas R. Ricks, OSB #044026
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor-in-Possession

**First Class Mail (Cont.):**

Confluence Capital Group, Inc.
One World Trade Center
121 SW Salmon St. #1100
Portland, OR 97204

Independent Investment Bankers, Corp
2900 N. Quinlan Park Rd. Suite #240-235
Austin, TX 78732

Daniel M. O'Leary
Geffen, Mesher & Company, P.C.
888 SW 5th Ave #800
Portland, OR 97204

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**First Class Mail:**

Fizz & Bubble, LLC
Attn: Kimberly A. Mitchell
27120 SW 95th Ave., Ste. 3280
Wilsonville, OR 97070

Oswego Financial Services
Attn: Glenn J. Smith
4091 Coltsfoot Lane
Lake Oswego, OR 97035

Mike Vanier
7650 Beveland Street, Suite 170
Portland, Oregon 97223

Bruce Wood
510 SW 5th Ave., Suite 300
Portland, Oregon 97204

Lloyd R. DuBois
0932 SW Palatine Hill Rd.
Portland, Oregon 97219

Express Employment Professionals
Wayne Marschall
7401 SW Washo Court, Suite 200
Tualatin, Oregon 97062

Diane M. Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Daniel J. Boverman
11285 SW Walker Rd
Portland, OR 97225

Page 2 of 2    ORDER EXTENDING TIME TO FILE DEBTOR'S 2015 REPORT FOR MAY 2020

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Exhibit 1 - Page 2 of 2

Case 19-34092-tmb11    Doc 345    Filed 06/22/20

<u>In re Fizz & Bubble, LLC</u>
Bankruptcy Case No. 19-34092-tmb11

# CERTIFICATE - TRUE COPY

DATE: June 22, 2020

DOCUMENT: DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE 2015 REPORT FOR MAY 2020

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

# CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

Fizz & Bubble, LLC
Attn: Kimberly A. Mitchell
27120 SW 95th Ave., Ste. 3280
Wilsonville, OR 97070

Oswego Financial Services
Attn: Glenn J. Smith
4091 Coltsfoot Lane
Lake Oswego, OR 97035

Daniel J. Boverman
11285 SW Walker Rd
Portland, OR 97225

Mike Vanier
7650 Beveland Street, Suite 170
Portland, Oregon 97223

Bruce Wood
510 SW 5th Ave., Suite 300
Portland, Oregon 97204

Lloyd R. DuBois
0932 SW Palatine Hill Rd.
Portland, Oregon 97219

Confluence Capital Group, Inc.
One World Trade Center
121 SW Salmon St. #1100
Portland, OR 97204

Express Employment Professionals
Wayne Marschall
7401 SW Washo Court, Suite 200
Tualatin, Oregon 97062

Diane M. Humke
32272 Apple Valley Rd
Scappoose, OR 97056

Confluence Capital Group, Inc.
One World Trade Center
121 SW Salmon St. #1100
Portland, OR 97204

Independent Investment Bankers, Corp
2900 N. Quinlan Park Rd. Suite #240-235
Austin, TX 78732

Daniel M. O'Leary
Geffen, Mesher & Company, P.C.
888 SW 5th Ave #800
Portland, OR 97204

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

Page 1 – CERTIFICATE OF SERVICE

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the same at the last known address. Each envelope was deposited into the postal system at Portland, Oregon, on the above date, postage prepaid.

      I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: June 22, 2020        VANDEN BOS & CHAPMAN, LLP


        By:/s/Christopher N. Coyle
           Christopher N. Coyle, OSB #073501
           Of Attorneys for Debtor-in-Possession