UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 19-34092-thp7
)
FIZZ & BUBBLE, LLC ) CHAPTER 7
) TRUSTEE'S INTERIM REPORT
Debtor(s) ) Number  1

The trustee, Kenneth S. Eiler, reports upon the financial condition of the estate and progress of its administration as follows:

| Estate Monies | Amounts Since Last Report | Total From Date Case Began Under Ch. 7 |
|---|---|---|
| 1. Receipts | $ 78,032.16 | $ 78,032.16 |
| Disbursements | $ 675.37 | $ 675.37 |
| BALANCE ON HAND | | $ 77,356.79 |

2. The following estate property has not yet been liquidated: the Trustee has filed a number of avoidance actions. Two are still pending. Of those, one has settled and funds are expected within the next 30 days. The other matter appears headed to trial.

3. The trustee proposes to take the following action to liquidate the property mentioned in paragraph 2 (Do not include payments owing by the debtor, but not yet due): the Trustee will continue to prosecute the pending adversary proceedings.

4. The trustee expects to complete liquidation of the assets and file a final account (Give expected date or estimated period of time): June 2023

5. The trustee believes the sum of $ 60,000.00 could be disbursed for interim compensation and administrative expenses at this time without jeopardizing the viability of the estate.

6. The trustee expects to make a distribution to creditors (Give expected date or estimated period of time, or if stating "NONE" then also state reasons why not): December 2023

7. The Court has appointed the following professionals to perform duties in this case (Provide names and types of duties only if the persons have not received final compensation): Lane Powell PC, attorney for the Trustee, Bennington Moshofsky PC, accountant for the Trustee;

8. The trustee is currently obligated to pay a maximum of $ $14,648.49 for administrative expenses owed to non-professionals. [If case converted from Chapter 11 to 7] The maximum amount of all timely filed claims for Chapter 11 administrative expenses is $ 832,517.56.

9. Additional comments: this interim report is being submitted to allow the Trustee to pay the Chapter 7 administrative claim owing to the US Trustee in the sum of $14,648.49, to pay the interim fee application of Lane Powell PC, in the sum of $45,294.81, and to reduce the amount of bank fees assessed each month while the Trustee pursues recovery of the sums described in paragraph 2 above.

DATED: 9-6-22

/s/ Kenneth S. Eiler
Trustee

753 (12/12/88)